IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                 )
DAVID OPENSHAW and LILY OPENSHAW )
Individually and as Guardians of )
SOPHIA OPENSHAW and              )
REGINA OPENSHAW, Minors          )
10 Wainwright Avenue             )
Annapolis, MD 21403              )
                                 )
              Plaintiff,         )
                                 )
     v.                          ) Civil Action No. 06-1884(RWR)
                                 )
THE UNITED STATES OF AMERICA     )
Serve:                           )
Alberto Gonzales                 )
Attorney General                 )
U.S. Department of Justice       )
950 Pennsylvania Ave., N.W.      )
Washington, D.C. 20530           )
                                 )
Civil Process Clerk              )
United States Attorney's         )
Office for the District          )
of Columbia                      )
555 4th Street, N.W.             )
Washington, D.C. 20530           )
                                 )
and                              )
                                 )
CONSOLIDATED ENGINEERING         )
SERVICES, INC.                   )
Serve:                           )
Corporation Service Company      )
1090 Vermont Avenue, N.W.        )
Washington, D.C. 20005           )
                                 )
              Defendants.        )
                                 )
_____)
```

**NOTICE OF APPEARANCE**

     The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the United States of America.

Respectfully submitted,

____/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205