## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID OPENSHAW, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.  06-cv-1884 (RWR) |
| | : | |
| THE UNITED STATES | : | |
| OF AMERICA, *et al.* | : | |
| | : | |
| Defendants. | : | |

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

COMES NOW, Defendant, Consolidated Engineering Services, Inc., by and through its attorneys, William J. Hickey and the Law Offices of William J. Hickey, and pursuant to LCvR 7.1 of the local Rules of the United States District Court for the District of Columbia, states as follows:

I, the undersigned, counsel of record for Consolidated Engineering Services, Inc., certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Consolidated Engineering Services, Inc</u>., which have any outstanding securities in the hands of the public.

**EMCOR Group, Inc.**

These representations are made in order that judges of this court may determine the need for recusal.

CONSOLIDATED ENGINEERING
 SERVICES, INC.


      /s/ William J. Hickey
William J. Hickey, Bar No.:  928945
Counsel for the Defendant CESI
33 Wood Lane
Rockville, MD 20850
301-424-6300

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of December, 2006, I mailed, postage prepaid, and submitted via electronic filing, to the foregoing:

Douglas E. Fierberg, Esq.
BODE & GRENIER, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania, Avenue, NW
Washington, DC 20530

Civil Process Clerk
United States Attorney's
 Office for the District
 of Columbia
555 4th Street, NW
Washington, DC 20530

                                          /s/ William J. Hickey
                                    William J. Hickey