UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAVID OPENSHAW, *et al.*          :
                                                  :
    Plaintiffs,                            :
                                                  :
v.                                                      :      Case No.  06-cv-1884 (RWR)
                                                  :
THE UNITED STATES          :
OF AMERICA, *et al.*              :
                                                  :
    Defendants.                       :

## NOTICE OF RELATED CASES

Dear Mr. Clerk:

Please take note the undersigned counsel, William J. Hickey and the Law Offices of William J. Hickey, pursuant to LCvR 40.5 of the Local Rules of the United States District Court for the District of Columbia, hereby notifies the Court of a related case as follows:

    1. The allegations of the Complaint in the instant action concern an alleged emission of steam from a grate or grates in the District of Columbia allegedly originating from an underground Steam Distribution Complex ("SDC"), which is a series of pipes that provide a steam heating system to various federal and other buildings in the District of Columbia.

    2. Consolidated Engineering Services, Inc. ("CESI") and The United States of America ("USA") have been named as defendants in another case pending before this Court having the caption of *Hsieh, et al. v. Consolidated Engineering Services, Inc., et al.,* Case No. Case No: 1:06-cv-01218-CKK ("Hsieh") that contains similar allegations of the emission of steam from the "SDC".

    3.  Since both cases involve alleged common property (SDC),  which is the property of the United States Government, notice is hereby provided pursuant to LCvR 40.5(a)(3)(i).

                                  CONSOLIDATED ENGINEERING
                                     SERVICES, INC.

                                  /s/ William J. Hickey
                               William J. Hickey, Bar No.: 928945
                               Counsel for the Defendant CESI
                               33 Wood Lane
                               Rockville, MD 20850
                               301-424-6300

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2006, I mailed, postage prepaid, and submitted via electronic filing, to the foregoing:

Peter Grenier, Esq.
Douglas E. Fierberg, Esq.
BODE & GRENIER, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036

Diane M. Sullivan, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

                                      /s/ William J. Hickey
                                   William J. Hickey