IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
DAVID OPENSHAW, et al.          )
                                )
            Plaintiff,          )
                                )
    v.                          ) Civil Action No. 06-1884(RWR)
                                )
THE UNITED STATES OF AMERICA,   )
et al.                          )
                                )
            Defendants.         )
                                )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The Federal Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer the cross-claim filed by the co-defendant, Consolidated Engineering Service, Inc. (CESI), up to and including January 11, 2007.

Counsel for the United States needs additional information before answering the cross-claim and deciding whether to cross-claim against CESI or to bring in a third party defendant. The delay in obtaining this information is a result of an administrative error at the Agency's Headquarters in forwarding the information to the D.C. region. The error was not discovered until yesterday.

Counsel for CESI consents to this request. This request for a short extension of time will not affect any scheduled due dates.

Wherefore, it is respectfully requested that the United

States have up to and including January 11, 2007 to answer the cross-claim.

                                        Respectfully submitted,

                                        __/s/_____
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                        __/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                        __/s/_____
                                        DIANE M. SULLIVAN, D. C. BAR # 12765
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 Fourth Street, N.W.
                                        Room E4919
                                        Washington, D.C. 20530
                                        (202) 514-7205