IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OPENSHAW, et al. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1884(RWR) |
| THE UNITED STATES OF AMERICA, et al. | ) |
| Defendants and Third-Party Defendant. | ) |

**FEDERAL DEFENDANT'S ANSWER TO THE CROSSCLAIM
OF CONSOLIDATED ENGINEERING SERVICES, INC. AND CROSS-CLAIM**

**FIRST DEFENSE**

The cross-claim fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

Each and every answer of the Federal (Cross) Defendants' Answer to the Complaint is hereby adopted and incorporated herein by reference as its Answer to the instant Cross Claim by Consolidated Engineering Services, Inc (CESI).

**THIRD DEFENSE**

Cross-Defendant herein denies that anything it did or failed to do caused injury or damage to the Plaintiffs. To the extent Plaintiffs' claims have any merit, Consolidated Engineering Services, Inc. is not entitled to indemnification and/or contribution from Federal Cross-Defendant.

**FOURTH DEFENSE**

The claim for contribution and indemnity against the United States is barred by the contract between the Government Services Administration and CESI.

**FIFTH DEFENSE**

The United States responds to the numbered paragraphs of the cross-claim as follows:

1.   The United States admits that Plaintiffs filed suit against CESI and the United States, but denies that any injuries claimed by the Plaintiffs were the result of any act or omission on the part of the United States or its agents or employees.

2.   This paragraph is a conclusion of law to which no response is required.  To the extent a response is deemed necessary, the allegation is denied.

3.   This paragraph is a conclusion of law to which no response is required.  To the extent a response is deemed necessary, the allegation is denied.

4.   The United States admits that GSA entered into a contract with CESI to maintain and repair SDC.

5.   Denied.

6.   Denied.

7.   This paragraph contains a conclusion of law to which no response is required.  To the extent an answer is deemed necessary, the allegation is denied.

The remainder of the cross-claim is CESI's prayer for

relief.  The United States denies that CESI is entitled to the relief requested, or to any relief whatsoever.

**FEDERAL DEFENDANT'S CROSS-CLAIM AGAINST CONSOLIDATED ENGINEERING**

1.   The United States of America, by and through the General Services Administration, entered into a contract with Consolidated Engineering Services, Inc., on or about August 27, 2004, for the repair and maintenance of the Steam Distribution Complex.

2.   At the time of the incident complained of herein, Consolidated was responsible for the repair and maintenance of the Steam Distribution Complex.

3.   The Federal Defendant denies that it owed a duty to the Plaintiff and denies any liability whatsoever.  Nonetheless, if the allegations contained in the Complaint are proven, then the injury was caused by the negligence of CESI.  In the unlikely event that the Plaintiffs recover against the Federal Defendant, the Federal Defendant seeks contractual and/or common law indemnity and/or contribution from CESI.

Wherefore the Federal Defendant demands indemnity and/or contribution as against Cross-Plaintiff in addition to interest and costs.

WHEREFORE, having fully answered the cross claims, the Federal Defendant requests that it be dismissed and that judgment be entered in favor of the Federal Defendant.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

OF COUNSEL:
Paula J. DeMuth
Deputy Regional Counsel
General Services Administration
7th & D Streets S.W.
Washington, D.C.  20407
(202) 708-9870