**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| DAVID OPENSHAW, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-1884 (CKK) |
| | : | |
| | : | |
| CONSOLIDATED ENGINEERING | : | |
| SERVICES, INC., et al. | : | |
| | : | |
| Defendants | : | |

**<u>DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.'S NOTICE OF
INTENT TO FILE ITS ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT
UPON COURT'S RESOLUTION OF DEFENDANT'S PARTIAL MOTION TO DISMISS</u>**

COMES NOW Defendant Consolidated Engineering Services, Inc. ("CESI"), by and through its counsel, William J. Hickey, Esquire of the Law Offices of William J. Hickey, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A) and notifies the Court and the other parties in the above-captioned case of its intent to answer plaintiffs' First Amended Complaint within 10 days of the Court's resolution, or postponement until trial, of CESI's Partial Motion to Dismiss filed contemporaneously with this notice.

Respectfully submitted,

Law Offices of William J. Hickey

/s/ William J. Hickey
William John Hickey, Bar No: 928945
Counsel for the Defendants
33 Wood Lane
Rockville, Maryland 20850
301-424-6300

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2006, copies of the foregoing were

submitted via electronic filing and mailed, postage prepaid, to the foregoing:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C.  20036

Diane M. Sullivan, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

                                                   /s/ William J. Hickey
                                                William John Hickey