UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
DAVID OPENSHAW, et al.            )
                                  )
    Plaintiffs,                   )
                                  )
v.                                )     Case No.  06-cv-1884 (CKK)
                                  )
CONSOLIDATED ENGINEERING          )
SERVICES, INC., et al.            )
                                  )
    Defendants.                   )
_____)

## CONSENT MOTION OF PARTIAL DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs, by undersigned counsel, hereby move to dismiss with prejudice Plaintiffs' claims contained in Counts I, II, V, and VI of Plaintiffs' First Amended Complaint, only as to Defendant The United States of America, each party to bear his/her/its own costs.  Defendant The United States of America consents to this motion.

Plaintiffs attempted to accomplish this dismissal via a simple stipulation pursuant to Fed. R. Civ. P. 41(a)(1).  However, Defendant Consolidated Engineering Services, Inc.'s counsel claimed that he was unable to timely review Plaintiffs' one-sentence proposed stipulation.

All of Plaintiffs' claims against Consolidated Engineering Services, Inc. shall remain.  A

proposed order is attached to this motion. Presumably, this moots Defendant The United States of America's Motion to Dismiss, Or Alternatively For Summary Judgment filed on January 25, 2007.

                        Respectfully submitted,

                        *Peter C. Grenier /s/*
                        Peter C. Grenier (D.C. Bar No. 418570)
                        BODE & GRENIER, L.L.P.
                        1150 Connecticut Avenue, NW
                        Ninth Floor
                        Washington, DC 20036
                        (202) 828-4100
                        (202) 828-4130 (fax)
                        *Counsel for Plaintiffs*

Dated: February 5, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5${}^{th}$ day of February, 2007 I served a true and correct copy of the foregoing CONSENT MOTION OF PARTIAL DISMISSAL by electronic case filing and U.S. Mail, postage-prepaid upon:

    William J. Hickey, Esquire
    33 Wood Lane
    Rockville, MD  20850
    *Counsel for Defendant/Counter-Plaintiffs CESI*

    Diane M. Sullivan, Esquire
    Assistant U.S. Attorney
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C.  20530
    *Counsel for the United States of America*


                            *Peter C. Grenier /s/*
                            Peter C. Grenier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**DAVID OPENSHAW, et al.**         )
                                    )
    **Plaintiffs,**              )
                                    )
**v.**                              )    Case No.  06-cv-1884 (CKK)
                                    )
**CONSOLIDATED ENGINEERING**        )
**SERVICES, INC., et al.**          )
                                    )
    **Defendants.**              )
_____)

## ORDER

Upon consideration of Plaintiffs' Consent Motion of Partial Dismissal, it is, by the Court, this _____ day of _____, 2007:

ORDERED:   That the Consent Motion of Partial Dismissal be GRANTED, and it is further,

ORDERED:   That Plaintiffs' claims against Defendant The United States of America contained in Counts I, II, V, and VI of Plaintiffs' First Amended Complaint be dismissed with prejudice.

SO ORDERED.

                                                                                  _____
                                                                                 Judge Colleen Kollar-Kotelly

Dated: _____

Copies to:

| | |
|---|---|
| Peter C. Grenier, Esq.<br>BODE & GRENIER, L.L.P<br>1150 Connecticut Avenue, NW<br>Ninth Floor<br>Washington, DC 20036<br>(202) 828-4100<br>(202) 828-4130 (fax)<br>*Counsel for Plaintiffs* | William J. Hickey, Esq.<br>33 Wood Lane<br>Rockville, MD 20850<br>(301) 424-6300<br>(301) 294-4568 (fax)<br>*Counsel for Defendant CESI* |

Diane M. Sullivan, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205
(202) 514-8780 (fax)
*Counsel for Defendant United States*