THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DAVID OPENSHAW, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Case No: 1:06-cv-1884 (CKK) |
| | : |
| | : |
| CONSOLIDATED ENGINEERING | : |
| SERVICES, INC., et al. | : |
| | : |
| Defendants | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert M. Gittins, Esq. (Bar No. 490016) for Defendant Consolidated Engineering Services, Inc., in the above-captioned matter.

                                                                                                   CONSOLIDATED ENGINEERING
                                                                                                      SERVICES, INC.

                                                                                                    /s/ William J. Hickey
                                                                               William John Hickey, Bar No: 928945
                                                                               Robert M. Gittins, Bar. No. 490016
                                                                               Counsel for the Defendant CESI
                                                                               33 Wood Lane
                                                                               Rockville, Maryland 20850
                                                                               301-424-6300

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 21st day of February, 2007, copies of the foregoing were submitted via electronic filing and mailed, postage prepaid, to the foregoing:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C.  20036

Diane M. Sullivan, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

                                               /s/ William J. Hickey
                                             William John Hickey