**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | | |
|---|---|---|
| DAVID OPENSHAW, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No: 1:06-cv-1884 (CKK) |
| | : | |
| | : | |
| CONSOLIDATED ENGINEERING | : | |
| SERVICES, INC., et al. | : | |
| | : | |
| Defendants | : | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Robert M. Gittins, Esq. (Bar No. 490016) as co-counsel

for Defendant Consolidated Engineering Services, Inc., in the above-captioned matter.

CONSOLIDATED ENGINEERING
SERVICES, INC.

_____/s/ Robert M. Gittins_____
Robert M. Gittins, Bar. No. 490016
Counsel for the Defendant CESI
33 Wood Lane
Rockville, Maryland 20850
301-424-6300

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of February, 2007, copies of the foregoing

were submitted via electronic filing and mailed, postage prepaid, to the foregoing:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C.  20036

Diane M. Sullivan, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

                                        _____/s/ Robert M. Gittins_____
                                        Robert M. Gittins