United States District Court
District of Columbia

| | |
|---|---|
| DAVID OPENSHAW ET AL | ) Case No.: 06-cv-1884 (CKK) |
| Plaintiff | ) |
| v. | ) |
| DAY ZIMMERMAN SERVICES, INC. | ) |
| Defendant | ) |

**RECEIVED MAR 2 3 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## AFFIDAVIT OF SERVICE

That I, John Moore, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That I served Day Zimmerman Services, Inc. with the following list of documents: Third Party Summons in a Civil Action, Defendant/Third Party Plaintiff Consolidated Engineering Services, Inc.'s Third Party Complaint by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Bonnie S. Hartman, Fulfillment Specialist for CT, who's Title/Relationship to the person/entity being served is Authorized Agent for Service of Process.

That on March 13, 2007 at 3:34 PM at 300 E. Lombard Street, Baltimore, MD 21202 service was made by;

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the documents with a member of the household who stated they resided therein and was of suitable age and discretion, and was explained the general nature of the documents.

✗ Corporate, Registered Agent or Legal Representative Service: By leaving with an Officer, Director or a person who stated the had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises to the door of said premises, which is the recipients actual place of abode.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: Female    Race/Skin: White    Hair: Blonde    Glasses: No    Approx. Age: 45    Height: 5'08    Weight: 130

John Moore
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 3/15/07

Subscribed and sworn to before me, a notary public, on this 15th day of March, 2007.

_____ Notary Public
My Commission Expires:
ID: 07-000868



My comm. exp. Feb. 20, 2009