IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID OPENSHAW, ET AL  *

    Plaintiff  *

v.  *

THE UNITED STATES OF AMERICA, ET AL *

    Defendant  *

\* \* \* \* \* \* \* \* \* \* \*    Case: 06-CV-1884 (CKK)

CONSOLIDATED ENGINEERING SERVICES *
INC.
                                                            *

    Third-Party Plaintiff
                                                            *

v.
                                                            *

DAY & ZIMMERMAN SERVICES, INC.
                                                            *

    Third-Party Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO THIRD-PARTY COMPLAINT

    Third-party defendant, Day & Zimmerman Services, Inc., by undersigned counsel, hereby answers the Third-Party Complaint of Consolidated Engineering Services, Inc. as follows:

    1. This third-party defendant cannot admit or deny the contents of Paragraph 1, and do denies same.

    2. Third-party defendant admits that it contracted with the GSA to provide maintenance and repair services, but denies the remainder of the allegations of this Paragraph.

    3. Denied.

    4a - d. Denied.

## **Affirmative Defenses**

1. The Third-Party Complaint fails to state a claim upon which relief may be granted against this third-party defendant.

2. The Third-Party Complaint is barred by the applicable statute of limitations.

3. The Third-Party Complaint is barred by contributory negligence.

4. The Third-Party Complaint is barred by assumption of the risk.

5. The third-party plaintiff's injuries and damages, if any, were caused by persons over whom this third-party defendant had no control nor right of control.

6. The Third-Party Complaint is barred by release, waiver, estoppel, accord and satisfaction.

WHEREFORE, having fully answered the Third-Party Complaint, third-party defendant prays that the same be dismissed, and that it be awarded costs and fees.

LAW OFFICE OF MAHER & ASSOCIATES

_____
Mary Malloy Dimaio, #MD0694
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD  21204
410.769.8100
Attorney for Third-Party Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2007, a copy of the foregoing Answer to Third-Party Complaint was efiled and served on Peter Grenier, Esquire, Bode & Grenier, LLP, 1150 Connecticut Avenue, NW, 9th Floor, Washington, DC, 20036, Attorney for Plaintiff; Diane M. Sullivan, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Room E4919, Washington, DC, 20530, Attorney for Defendant United States of America; and William J. Hickey, Esquire, 33 Wood Lane, Rockville, MD, 20850, Attorney for Defendant/Third-Party Plaintiff, Consolidated Engineering Services, Inc.

_____
Mary Malloy Dimaio