UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OPENSHAW, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED ENGINEERING SERVICES, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> DAY & ZIMMERMAN SERVICES, INC., <br><br> Third-Party Defendant. | Civil Action No. 06-1884 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 10th day of April, 2007, hereby

**ORDERED** that [17] Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss Counts VII and VIII of the First Amended Complaint. is DENIED; it is further

**ORDERED** that, on or before April 24, 2007, Plaintiffs shall amend their First Amended Complaint so as to clarify that Counts VII and VIII comprise claims for the common law tort of public nuisance.

**SO ORDERED**.

                                                                /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge