```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| DAVID OPENSHAW, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1884(CKK) |
| THE UNITED STATES OF AMERICA, et al. | ) |
| Third-Party Defendant. | ) |

**FEDERAL DEFENDANT'S ANSWER TO CONSOLIDATED
ENGINEERING SERVICES, INC.'S THIRD PARTY COMPLAINT**

**FIRST DEFENSE**

The Third-Party Complaint fails to state a claim against the United States upon which relief may be granted.

**SECOND DEFENSE**

The Federal Third-Party-Defendant denies that anything it did or failed to do caused injury or damage to the Plaintiffs. To the extent Plaintiffs' claims have any merit, Consolidated Engineering Services, Inc. (CESI), is not entitled to indemnification and/or contribution from Federal Third-Party-Defendant.

**THIRD DEFENSE**

The claim for contribution and indemnity against the Federal Third-Party-Defendant is barred by the contract between the Government Services Administration (GSA) and CESI.

### **FOURTH DEFENSE**

To the extent that Plaintiffs' may be found to have sustained any injuries or damages, those alleged injures or damages were not caused by any acts and/or omission of any employee or entity of the United States.  To the extent that Plaintiffs' may be found to have sustained any injuries or damages, those alleged injuries or damages were proximately cause by the intervening, joint, and/or superceding acts and/or omissions of persons or entities other than an employee or agent of the United States or were due to Plaintiffs' own fault, contributory negligence, and/or assumption of the risk.

### **FIFTH DEFENSE**

The Federal Third-Party-Defendant incorporates herein by reference, as if fully stated, all of the defenses previously stated and answers the unnumbered and numbered paragraphs of CESI's Third-Party Complaint as follows:

1.   The United States admits that Plaintiffs' filed a Complaint against CESI alleging negligence, but denies that any injuries claimed by the Plaintiffs' were the result of any negligent act or omission on the part of the United States or its agents or employees.

2.   The United States admits that GSA entered into a contract with CESI, an independent contractor, to maintain and repair the Steam Distribution Complex (SDC).

3. Denied, except to admit that Day & Zimmerman, an independent contractor, had a contract with GSA to maintain and repair the Steam Distribution Complex (SDC).

4. Denied.

The remainder of the Third-Party Complaint contains CESI's prayer for relief. The United States denies that the CESI is entitled to the relief requested or to any relief whatsoever. The United States hereby specifically denies each allegation of CESI's Third-Party Complaint not otherwise admitted.

WHEREFORE, the United States prays that the Third-Party Complaint against it be dismissed with prejudice and that the Court grant such other relief as it deems appropriate.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Of Counsel:
ELIZABETH HALL
Assistant Regional Counsel
General Services Administration