THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| LILY OPENSHAW, et al. | : | |
| | : | |
|     Plaintiffs | : | |
|     Counter-Defendant | : | |
| | : | |
| v. | : | Case No: 1:06-cv-1884 (CKK) |
| | : | |
| CONSOLIDATED ENGINEERING | : | |
|   SERVICES, INC. | : | |
| | : | |
|     Defendant/ | : | |
|     Counter-Plaintiff/ | : | |
|     Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DAY AND ZIMMERMAN | : | |
|   SERVICES, INC. | : | |
| | : | |
| and | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
|     Third-Party Defendants | : | |

## STATUS REPORT AS TO DISCOVERY PLAN

COME NOW Plaintiffs and Counter-Defendant Lily and David Openshaw, individually and as Parents and Next Friends of Sophia and Regina Openshaw, Defendant, Counter-Plaintiff and Third-Party Plaintiff Consolidated Engineering Services, Inc. ("CESI") and Third-Party Defendant Day & Zimmerman, Services, Inc. ("D&Z"), by undersigned counsel, and file this Discovery Plan with the Court. Counsel for Third-Party Defendant the United States of America ("USA") could not be reached for its input into this Discovery Plan.

1. Written Discovery

The Plaintiffs have already served their First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions upon CESI. Plaintiffs anticipate propounding discovery requests upon D&Z and USA by May 31, 2007.

CESI has already propounded its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions upon Plaintiffs to which Plaintiffs have provided their initial responses. CESI previously propounded its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to then Co-Defendant USA. However, USA was dismissed from this dispute before it was required to answer said requests. CESI anticipates that it will propound these requests, as well as its requests to D&Z by May 31, 2007.

D&Z has already served its First Set of Interrogatories and Requests for Production of Documents upon CESI and Plaintiffs, to which Plaintiffs have provided their initial responses. D&Z anticipates serving USA with discovery requests by May 31, 2007.

It is unknown when USA intends to propound any discovery requests.

The parties will propound additional discovery as necessary in a timely manner.

2. The parties have agreed that all fact witness and Rule 30(b)(6) depositions shall occur during the weeks of July 9th, 2007, July 30th, 2007 and August 20th, 2007.

Plaintiffs and Defendants agree to work together to schedule other depositions as necessary in a timely manner or as further evidence is discovered.

3. The parties agree to amend this Discovery Plan by September 17, 2007 to prepare a schedule of expert deposition pursuant to the Scheduling Order.

Date: May 11, 2007                    Respectfully Submitted,


      /s/ Peter Grenier/RMG
Peter Grenier, Bar No.: 418570
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, NW
Ninth Floor
Washington, DC 20036
202-828-4100
202-828-4130 (fax)
Counsel for Plaintiffs and Counter-Defendant


      /s/ Robert M. Gittins
William J. Hickey, Bar No.: 928945
Robert M. Gittins, Bar No.: 490016
Law Offices of William J. Hickey
33 Wood Lane
Rockville, MD 20850
301-424-6300
301-294-4568
Counsel for the Defendant, Counter-Plaintiff and
 Third-Party Plaintiff CESI


      /s/ Mary Malloy Dimaio/RMG
Mary Malloy Dimaio, Bar No.: 464100
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
410-769-8100
Attorney for Third-Party Defendant D&Z