THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LILY OPENSHAW, et al. | : |
| | : |
|     Plaintiffs | : |
|     Counter-Defendant | : |
| | : |
| v. | :   Case No: 1:06-cv-1884 (CKK) |
| | : |
| CONSOLIDATED ENGINEERING | : |
|   SERVICES, INC. | : |
| | : |
|     Defendant/ | : |
|     Counter-Plaintiff/ | : |
|     Third-Party Plaintiff | : |
| | : |
| v. | : |
| | : |
| DAY AND ZIMMERMAN | : |
|   SERVICES, INC. | : |
| | : |
| and | : |
| | : |
| UNITED STATES OF AMERICA | : |
| | : |
|     Third-Party Defendants | : |

**DEFENDANT CONSOLIDATED ENGINEERING
SERVICES, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES**

    Defendant Consolidated Engineering Services, Inc. ("CESI") by and through its counsel, William J. Hickey, Esquire and Robert M. Gittins, Esquire of the Law Offices of William J. Hickey, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and makes the following initial disclosures as follows:

    The information set for below reflects CESI's best present knowledge based upon its review and investigation of the facts to date.  This review and investigation is continuing and CESI reserves the right to amend or supplement the disclosures

contained herein as may be necessary or appropriate in the future or as the discovery of additional or further information may warrant. The information included in this document is submitted without waiver of any applicable privilege. CESI does not concede the relevancy of any information contained in or derived from this document and, specifically, reserves the right to object to the admissibility at trial of any information contained in or derived from this document.

I.      Rule 26(a)(1)(A):  Persons reasonably likely to have information.

At present, CESI has identified the following individuals as reasonably likely to have discoverable information that bears significantly on the claims and defenses alleged in the pleadings, identifying the subjects of the information:

1.      Richard C. Matkins; Consolidated Engineering Services, EMCOR Facilities Services, Government Services Division, 951 V Street, NE, Washington, DC 20018; Project Manager, Heating Operation and Transmission District ("HOTD") Steam Distribution Complex ("SDC"); 202-529-8300. Mr. Matkins has knowledge and information relating to the manhole location where the incident alleged by the plaintiffs in their Complaint occurred.

2.      Joel Koltz, GSA, 7th & D Streets, SW, Washington, DC 20407. Mr. Koltz has knowledge and information relating to the incident alleged by the plaintiffs in their Complaint.

3.      Harry Washington, GSA employee, 7th & D Streets, SW, Washington, DC 20407, 202-337-6265. Mr. Washington has knowledge and information relating to the incident alleged by the plaintiffs in their Complaint.

  4. Greg Westphal, GSA employee, 7th & D Streets, SW, Washington, DC 20407 202-708-4895.  Mr. Westphal has knowledge and information relating to the incident alleged by the plaintiffs in their Complaint.

  5. Steve Williford, HOTD Director, 7th & D Streets, SW, Washington, DC 20407.  Mr. Williford has knowledge and information relating to the incident alleged by the plaintiffs in their Complaint.

II. <u>Rule 26(a)(1)(B):  Documents in defendant's custody or control relevant to disputed facts.</u>

At present, CESI has identified the following documents, data, compilations and tangible things in its possession, custody or control that are relevant to or likely to bear significantly on the claims and defenses alleged in the pleadings:

  1. Novation Agreement with effective date of August 30, 2004.

  2. Option Year 3 (Mar. 05 to Feb. 06) CESI/GSA contract.

  3. Work Orders and Inspection Reports regarding Manhole 41 at issue in this litigation.

  4. Photographs of alleged accident site.

III. <u>Rule 26(a)(1)(C):  Computation of damages claimed by defendant.</u>

Not applicable.

IV. <u>Rule 26(a)(1)(D):  Insurance.</u>

CNA, Policy No. 2 57294192.

                                          CONSOLIDATED ENGINEERING
                                            SERVICES, INC.

                                          /s/ William J. Hickey
                                        William John Hickey, Bar No: 928945
                                        Robert M. Gittins, Bar No. 490016
                                        Law Offices of William J. Hickey
                                        33 Wood Lane
                                        Rockville, Maryland 20850
                                        301-424-6300
                                        301-294-4568 (fax)
                                        Counsel for the Defendant CESI

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 23rd day of May, 2007, a copy of the foregoing was served via electronic filing to the following:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, D.C. 20036

Diane M. Sullivan, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530

Mary Malloy Dimaio, Esq.
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204

                                          /s/ William J. Hickey
                                        William J. Hickey