IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OPENSHAW, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1884(CKK) |
| | ) |
| CONSOLIDATED ENGINEERING SERVICES, INC., | ) |
| | ) |
| Defendant/ Counter-Plaintiff/ Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| DAY AND ZIMMERMAN SERVICES, INC. | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Third-Party Defendants. | ) |

**FEDERAL DEFENDANT'S DISCOVERY PLAN**

Counsel for the United States concurs in and adopts the discovery plan filed by the other parties. In addition to the items noted therein, the United states intends to serve written discovery on Consolidated Engineering Services, Inc. and Day and Zimmerman by June 7, 2007.

Counsel for the United States notes that counsel for the other parties did not contact her concerning the proposed discovery plan until 1:30-2:00 p.m. on May 11, 2007. The discovery plan was filed by the other parties by 3:15 p.m. on May 11, 2007. Unfortunately, counsel did not return to the office

until later that day.

        Respectfully submitted,

        __/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        __/s/_____
        DIANE M. SULLIVAN, D. C. BAR # 12765
        Assistant United States Attorney
        Judiciary Center Building
        555 Fourth Street, N.W.
        Room E4919
        Washington, D.C. 20530
        (202) 514-7205