**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DAVID OPENSHAW, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-1884(CKK) |
| | ) |
| CONSOLIDATED ENGINEERING SERVICES, INC., | ) |
| | ) |
| Defendant/ Counter-Plaintiff/ Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| DAY AND ZIMMERMAN SERVICES, INC. | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Third-Party Defendants. | ) |

**NOTICE OF COMPLIANCE WITH RULE 26(a)(1)**

The United States notes that it has provided to all parties by Federal Express its initial disclosures under Rule 26 (a)(1), Fed. R. Civ. P., including copies of the relevant contract, modifications, options, and work orders.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205