UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID OPENSHAW, et al.**<br><br>　　　**Plaintiffs,**<br>　　　**Counterclaim Defendant,**<br><br>　　v.<br><br>**CONSOLIDATED ENGINEERING<br>SERVICES, INC., et al.**<br><br>　　　**Defendant,**<br>　　　**Counterclaim Plaintiff**<br>　　　**Third-Party Plaintiff.** | CIVIL ACTION NO. 06-CV-1884(CKK) |

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs David Openshaw and Lily Openshaw, individually and as guardians of Sophia Openshaw and Regina Openshaw, by undersigned counsel, provide the following Initial Disclosures, which they reserve the right to supplement and to amend as necessary:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

> David Openshaw, Lily Openshaw, Sophia Openshaw, Regina Openshaw
> 10 Wainwright Avenue
> Annapolis, Maryland  21403
> (410) 280-9288
> Plaintiffs -- all aspects of the claims
>
> Lillian Heiner
> 306 S. 3rd Street
> Lewisburg, Pennsylvania  17837
> (570) 523-0203

Plaintiff Lily Openshaw's mother -- knowledge of Sophia Openshaw's recovery and damages.

Elizabeth F. Wilkins, Christopher K. Wilkins, Olivia Wilkins
144 Deforest Road
Burlington, Vermont  05401
Friends of Plaintiffs -- present at the scene and witnesses to the incident on April 22, 2005 whereby Sophia and Regina Openshaw suffered burns.

Dwight N. Fortier, M.D.
Annapolis Pediatrics
200 Forbes Street, Ste. 200
Annapolis, Maryland  21401
(410) 263-6369
Sophia Openshaw's regular pediatrician -- treated Sophia Openshaw on April 25, 2005.

Michael J. Quinn, M.D., and other emergency room doctors and nurses
Children's National Medical Center – Emergency Department
111 Michigan Avenue, N.W.
Washington, D.C.  20010
(202) 884-5203
Sophia Openshaw's healthcare providers at the emergency room at Children's National Medical Center.

Randall J. Freeman, M.D.; Martin R. Eichelberger, M.D.; Scanlon Bradford, M.D.; Dr. Bolanowski; Dr. Swaroop; and other doctors and nurses at Children's National Medical Center
Children's National Medical Center
111 Michigan Avenue, N.W.
Washington, D.C.  20010
(202) 884-5203
Sophia Openshaw's healthcare providers for her outpatient care through Children's National Medical Center.

John Doe(s)
Unknown security guards who work near where Sophia and Regina Openshaw suffered burns and possess knowledge and information about the lack of covering, marking, or warning over the manhole that is the subject of this litigation, and knowledge of pedestrian behavior near the manhole that is the subject of this litigation.

John Does(s)
Unknown members of the National Capital Planning Commission who possess knowledge of the design and function of security planters located in the area where Sophia and Regina Openshaw suffered burns.

(B)     A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

> Plaintiffs incorporate all documents and things previously produced in response to the document requests of Defendant Consolidated Engineering Services, Inc. and Third-Party Defendant Day and Zimmerman Services, Inc. Copies of these document productions have been served on all parties, including Defendant Consolidated Engineering Services, Inc., Third-Party Defendant Day and Zimmerman Services, Inc., and Third-Party Defendant United States of America.
>
> Further, Plaintiffs attach hereto as Exhibit 1 copies of two additional documents: notes from doctors who treated Sophia Openshaw through Children's National Medical Center.

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**Medical expenses to date:**

| | |
|---|---|
| D.C. Fire and Emergency Rescue Services | $ 268.00 |
| Children's National Medical Center | $ 3,262.95 |
| Annapolis Pediatrics | $ 125.00 |
| **Total** | **$ 3,655.95** |

**All losses (excluding Non-Economic Damages and future treatment costs):**

| | |
|---|---|
| Medical Expenses | $ 3,655.95 |
| Education Expenses | $10,140.00 |
| **Total** | **$13,795.95** |

3

   Non-economic damages, including pain and suffering, remain to be determined.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

   Not applicable.

        Respectfully submitted,

        DAVID OPENSHAW


      By: /s/   Peter C. Grenier
        Peter C. Grenier (D.C. Bar No. 418570)
        Bode & Grenier, L.L.P.
        1150 Connecticut Avenue, N.W.
        Ninth Floor
        Washington, D.C.  20036
        (202) 828-4100
        (202) 828-4130 (fax)
        *Counsel for Plaintiffs*

Dated: May 23, 2007

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of May, 2007, I served a true and correct copy of the foregoing Plaintiffs' Initial Disclosures by electronic filing to:

Mary Malloy Dimaio, Esquire
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
*Counsel for Third-Party Defendant Day and Zimmerman Services, Inc.*

William J. Hickey, Esquire
Robert M. Gittens, Esquire
33 Wood Lane
Rockville, MD  20850
*Counsel for Defendant/Counter-Plaintiff/Third-Party Plaintiff*
*Consolidated Engineering Services, Inc.*

Diane M. Sullivan, Esquire
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
*Counsel for Third-Party Defendant the United States of America*


                                                /s/   Peter C. Grenier
                                                Peter C. Grenier



111 Michigan Avenue, N.W.
Washington, D.C. 20010

**DIAGNOSTIC AND TREATMENT CENTER**

Date 4/27/05

_Sophie Donahue_ was seen

in _Burn Clinic_ clinic at _10_  (AM) PM

and (may) ((may not)) return to school.

_____
CLINIC PHYSICIAN

6 weeks.

CNMC FORM 265 (Rev 8/89)



111 Michigan Avenue, N.W.
Washington, D.C. 20010
**DIAGNOSTIC AND TREATMENT CENTER**

Date 5/14/05

Openshaw, Sophia _____ was seen

in ____Burn____ clinic at 10:10 (AM) PM

to wear flip flops for 3 weeks

and (may) (may not) return to school.

_____
CLINIC PHYSICIAN

CNMC FORM 265 (Rev 8/89)