UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OPENSHAW, et al. | ) |
| Plaintiffs | ) Civil Action No. 06-cv-1884 |
| Counter-defendants | ) (CKK/AK) |
| v. | ) |
| CONSOLIDATED ENGINEERING SERVICES, INC., | ) |
| Defendants | ) |
| Counter-plaintiffs | ) |
| Third-party plaintiffs, | ) |
| v. | ) |
| DAY AND ZIMMERMAN SERVICES, INC. | ) |
| and | ) |
| UNITED STATES OF AMERICA | ) |
| Third-party defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Consolidated Engineering Services, Inc. hereby gives notice that David D. Hudgins of the Hudgins Law Firm is being substituted for William J. Hickey and Robert M. Gittins of the Law Offices of William J. Hickey as counsel of record for Consolidated Engineering Services, Inc. in this case. Mr. Hudgins certifies that he is admitted to practice before this Court.

Respectfully Submitted,

| | |
|---|---|
| /s/ William J. Hickey | |
| William J. Hickey | |
| and | |
| /s/ Robert M. Gittins | /s/ David D. Hudgins |
| Robert M. Gittins | David D. Hudgins |
| LAW OFFICES OF WILLIAM J. HICKEY | D.C. Bar No. 362451 |
| 33 Wood Lane | HUDGINS LAW FIRM |
| Rockville, MD 20850 | 515 King Street, Suite 400 |
| 301.424.6300 | Alexandria, Virginia 22314 |
| 301.294.4568 (fax) | 703.739.3300 |
| | 703.739.3700 (fax) |
| *Original counsel for Consolidated Engineering Services, Inc.* | *Substituted counsel for Consolidated Engineering Services, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 12th day of June 2007 to:

Peter C. Grenier
Bode & Grenier, LLP
1150 Connecticut Ave. NW, Suite 900
Washington, DC 20036

*Counsel for David Openshaw, et al.*

Diane M. Sullivan
Civil Division
555 4th St. NW
Washington, DC 20530

*Counsel for the United States*

Mary Malloy Dimaio
Maher & Associates
Nottingham Center, Suite 410
502 Washington Avenue
Townson, MD 21204

*Counsel for Day & Zimmerman*

/s/ David D. Hudgins
David D. Hudgins

2