## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID OPENSHAW, et al.** | ) |
| Plaintiffs, | ) |
| Counter-Defendant, | ) |
| v. | ) CIVIL ACTION NO. 06-CV-1884(CKK/AK) |
| **CONSOLIDATED ENGINEERING SERVICES, INC.** | ) |
| Defendants, | ) |
| Counter-Plaintiffs, | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| **DAY AND ZIMMERMAN SERVICES, INC.** | ) |
| and | ) |
| **UNITED STATES OF AMERICA** | ) |
| Third-Party Defendants. | ) |

**CONSENT MOTION FOR ORDER APPROVING**
**SETTLEMENT ON BEHALF OF A MINOR**

Come now Plaintiffs David and Lily Openshaw, with the consent of all parties, pursuant to *D.C. Code Ann. § 21-120*, and move this Court for an Order approving a settlement on behalf of a minor, Sophia Openshaw. Additionally, Plaintiffs state that Defendant Consolidated Engineering Services, Inc. will dismiss its third-party complaint against the United States of America and Day and Zimmerman Services, Inc. In support thereof, Plaintiffs state as follows:

1. This case arose from the alleged personal injuries sustained by Sophia Openshaw and Regina Openshaw on April 22, 2005, when the girls were burned as a result of the alleged negligent operation, maintenance and/or repair of an underground steam distribution complex located on property owned and/or controlled by Consolidated Engineering Services, Inc. and the United States of America.  This suit against Consolidated Engineering Services, Inc. was brought by David and Lily Openshaw, individually and as guardians of their minor daughters, Sophia and Regina Openshaw.  Consolidated Engineering Services, Inc. filed third-party complaints against the United States of America and Day & Zimmerman Services, Inc.

2. Consolidated Engineering Services, Inc., Day & Zimmerman Services, Inc., and the United States of America have always denied all allegations of negligence.

3. As a result of the efforts of all involved, an agreement to settle this litigation has been reached, the terms of which are separately being reduced to writing.  That agreement provides for the following: the payment by Consolidated Engineering Services, Inc. and the United States of America of the sum of $55,000.00 in gross proceeds to settle all claims, with such payment to be made promptly following this Court's approval of the settlement and proper execution of the agreement to settle the litigation.

4. Upon this Court's approval of the proposed settlement herein, Consolidated Engineering Services, Inc. and the United States of America shall pay Plaintiffs $55,000.00, by check payable to: "David and Lily Openshaw, trustees under Title 13 of the Estates and Trust Article, Annotated Code of Maryland, for Sophia and Regina Openshaw, minors, and BODE & GRENIER, LLP."  Plaintiffs are Maryland residents, and the disbursement will be made to them in accordance with Maryland law.

5. Under *Md. Code Ann., Est. & Trusts § 13-403 (2006 Supp.)*, for minor tort claims involving a net benefit to the minor of $5,000.00 or more, "*unless* a court appoints a guardian of the property of a minor. . ." the person responsible for the payment of the money shall make payment "by check to the order of [David Openshaw and Lily Openshaw], trustees under Title 13 of the Estates and Trusts Article, Annotated Code of Maryland, for [Sophia and Regina Openshaw], minors." *Id.* Similarly, *§ 13-403(b)* provides that "No other act is necessary to constitute the person named a trustee." *Id.*

6. Pursuant to a contingency contract between Plaintiffs and their legal counsel, Plaintiffs agreed to pay their legal counsel one-third of the recovery, plus all incurred associated expenses.

7. Accordingly, the parties request that this Court authorize the distribution of the settlement proceeds as follows:

| | |
|---|---|
| Bode & Grenier, LLP Fee | $18,333.33 |
| Bode & Grenier, LLP Expenses | $14,190.94 |
| David and Lily Openshaw, Individually (recovery of medical expenses paid) | $3,655.95 |
| David and Lily Openshaw, as Guardian of their minor daughter, Regina[1] | $500.00 |
| David and Lily Openshaw, as Guardian of their minor daughter, Sophia | $18,319.78 |
| Total | $55,000.00 |

8. Promptly upon execution of the written settlement agreement and payment of the settlement funds, the parties will file a joint dismissal with prejudice.

---

[1] Regina received very minor injury, and did not incur any medical expenses. Given the amount apportioned to Regina, there is no legal requirement for this Court's approval of that amount.

A proposed Order is attached hereto.

                                Respectfully submitted,

By:     /s/
      Peter C. Grenier, #418570
      BODE & GRENIER, LLP
      1150 Connecticut Ave., N.W.
      Suite 900
      Washington, D.C. 20036
      (202) 862-4311
      *Counsel for Plaintiffs*

Dated: August 14, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August 2007, I served a true and accurate copy of the foregoing Partial Consent Motion for Order Approving Settlement on Behalf of a Minor and the proposed Order granting the Partial Consent Motion, via electronic case filing, upon:

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314
*Counsel for Defendant/Counter-Plaintiffs/Third-Party Plaintiffs CESI*

Diane M. Sullivan, Esquire
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
*Counsel for Third-Party Defendant United States of America*

Mary Malloy Dimaio, Esquire
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
*Counsel for Third-Party Defendant Day & Zimmerman Services, Inc.*

                                           /s/
                                        Peter C. Grenier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID OPENSHAW, et al. | ) | |
| | ) | |
|    Plaintiffs, | ) | |
|    Counter-Defendant, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. 06-CV-1884(CKK/AK) |
| | ) | |
| CONSOLIDATED ENGINEERING SERVICES, INC. | ) | |
| | ) | |
|    Defendants, | ) | |
|    Counter-Plaintiffs, | ) | |
|    Third-Party Plaintiffs, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| DAY AND ZIMMERMAN SERVICES, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|    Third-Party Defendants. | ) | |

**ORDER GRANTING CONSENT MOTION FOR ORDER
APPROVING SETTLEMENT ON BEHALF OF A MINOR**

  Upon consideration of the Consent Motion for Order Approving Settlement on Behalf of a Minor, it is this _____ day of _____, 2007, hereby

  ORDERED, that the said Motion is hereby GRANTED, and it is further

  ORDERED, that the settlement proposed in the Consent Motion is hereby approved, and distribution of the monetary portion of the proceeds is hereby authorized, as follows:

| | |
|---|---|
| Bode & Grenier, LLP Fee | $18,333.33 |
| Bode & Grenier, LLP Expenses | $14,190.94 |
| David and Lily Openshaw, Individually (medical expenses paid) | $3,655.95 |
| David and Lily Openshaw, as Guardian of their minor daughter, Regina | $500.00 |
| David and Lily Openshaw, as Guardian of their minor daughter, Sophia | $18,319.78 |
| Total | $55,000.00 |

_____
Judge, United States District Court for the District of Columbia


Copies to:

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314
*Counsel for Defendant/Counter-Plaintiffs/Third-Party Plaintiffs CESI*

Diane M. Sullivan, Esquire
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
*Counsel for Third-Party Defendant United States of America*

Mary Malloy Dimaio, Esquire
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
*Counsel for Third-Party Defendant Day & Zimmerman Services, Inc.*

Peter C. Grenier, Esquire
BODE & GRENIER, LLP
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
*Counsel for Plaintiffs*