## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID OPENSHAW, et al. ) | |
| ) | |
| **Plaintiffs,** ) | |
| **Counter-Defendant,** ) | |
| ) | |
| **v.** ) | CIVIL ACTION NO. 06-CV-1884(CKK/AK) |
| ) | |
| CONSOLIDATED ENGINEERING ) | |
| SERVICES, INC. ) | |
| ) | |
| **Defendants,** ) | |
| **Counter-Plaintiffs,** ) | |
| **Third-Party Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| DAY AND ZIMMERMAN ) | |
| SERVICES, INC. ) | |
| ) | |
| **and** ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Third-Party Defendants.** ) | |

## REPORT CONCERNING SETTLEMENT

Come now Plaintiffs David and Lily Openshaw, Individually and as Guardians of Sophia Openshaw, by and through counsel, and respectfully submit this report concerning settlement at the Court's request, and state as follows:

1.      On April 22, 2005 at approximately 4:45 p.m., Plaintiff Lily Openshaw and her daughters, Sophia and Regina, were walking on the sidewalk on the east side of 10th Street, N.W., between Pennsylvania Avenue and Constitution Avenue in the District of Columbia, when

scalding hot steam escaped from a grate in the sidewalk, burning Sophia Openshaw.  Sophia Openshaw suffered first and second degree burns on her left foot and ankle.

2.     Despite suffering initial pain and shock from the incident, Sophia Openshaw has fully recovered from the burn injuries, and has not suffered any permanent psychological damage, and only minor discoloration of her ankle where she was burned.

3.     Attached hereto as Exhibit "A" is a report from Joan Kinlan, M.D., which discusses Sophia's full recovery, limited pain throughout the recovery, and the absence of a need for any future psychological treatment.  Dr. Kinlan's report concludes:

> In summary, although there was some trauma for the first few hours after the burn, there has been no long-term psychological or emotional trauma. Sophia is functioning very well as an early adolescent girl and has no need of psychological treatment.

Kinlan Report, p. 5.

4.     Attached hereto as Exhibit "B" is a report from B. Scott Teunis, M.D., F.A.C.S., which states Sophia's post burn status as hyperpigmentation and discoloration of the ankle, with no need for future surgical treatment.

5.     Attached hereto as Exhibit "C" are copies of the medical records from Children's National Medical Center, which state that Sophia Openshaw had a full recovery from the burn and was completely healed.

6.     Attached hereto as Exhibit "D" are copies of the complete medical expenses related to this incident, totaling only $3,655.95.

7.     Attached hereto as Exhibit "E" are pictures of the current condition of Sophia Openshaw's ankle.  These pictures depict the slight discoloration of the ankle.

8.     Currently, Sophia Openshaw is stable, has fully recovered, and does not have any permanent injuries, besides the slight discoloration.

9.    The proposed settlement is $55,000.00 from Consolidated Engineering Services, Inc. and the United States of America.  Both Defendants deny liability, and substantial questions regarding liability exist.

10.    Given Sophia Openshaw's full recovery, the limited medical expenses involved in this case, and the questions regarding liability, Plaintiffs believe this is a full and fair settlement amount.  Furthermore, Plaintiffs have a strong interest in ending this litigation and putting this entire incident behind them.

11.    Counsel is of the professional opinion that the proposed settlement is reasonable, given the Defendants' liability and Sophia Openshaw's injuries.

12.    Plaintiffs further refer the Court to the August 14, 2007 Consent Motion for Order Approving Settlement on Behalf of a Minor.

Respectfully submitted,

By:    /s/
       Peter C. Grenier, #418570
       BODE & GRENIER, LLP
       1150 Connecticut Ave., N.W.
       Suite 900
       Washington, D.C. 20036
       (202) 862-4311
       *Counsel for Plaintiffs*

Dated: August 24, 2007

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 24th day of August 2007, I served a true and accurate copy of the foregoing Report Concerning Settlement, via electronic case filing, upon:

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia  22314
*Counsel for Defendant/Counter-Plaintiffs/Third-Party Plaintiffs CESI*

Diane M. Sullivan, Esquire
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
*Counsel for Third-Party Defendant United States of America*

Mary Malloy Dimaio, Esquire
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
*Counsel for Third-Party Defendant Day & Zimmerman Services, Inc.*

      /s/
      Peter C. Grenier

# Psychiatric Evaluation

<u>Identifying Information:</u>

Sophia Openshaw is a 14 year old student who attends Bates Middle School in Annapolis, Maryland. She is the second of three living siblings of Mr. and Mrs. David Openshaw.

<u>Sources of Information:</u>

1. Portions of the Settlement Letter of March 27, 2006 sent to Johnna Spera of Consolidated Engineering Services, Inc.
2. Second Amended Complaint dated April 24, 2007 filed in the United States District Court for the District of Columbia
3. Medical Records of Sophia Openshaw including the following
    a. Children's National Medical Center Records of April 22, 2005 including emergency room evaluation and treatment records
    b. Children's National Medical Center Ambulatory Records of April 27 and 29, 2005; May 4, 11, and 18, 2005; and June 15, 2005
    c. Acute visit to Dr. Wagner on April 25, 2005
4. District of Columbia Fire and EMS Department Report of April 22, 2005
5. Copies of Bills for Sophia Openshaw's Care and Treatment following the incident.
6. Pictures of Sophia's ankle immediately following the incident.
7. Pictures of the present condition of Sophia's ankle
8. Psychiatric Evaluation of Sophia Openshaw on June 3, 2007 for 2.5 hours including drawings, patient health questionnaire, clinical self-report evaluation and mental status examination.
9. Interviews with Mr. David Openshaw's on June 3 and 7, 2007
10. Interview with Mrs. David Openshaw on June 9, 2007

<u>Reason for the Evaluation:</u>

She was referred by her attorney, Mr. Michael K. Hibey to determine the psychological and emotional trauma and damages Sophia suffered as a result of her burn injury sustained on April 22, 2005, and what further treatment, if any, is needed as a result of her injury.

<u>Description of the Burn incident by Sophia Openshaw</u>:

Sophia is a bright cooperative adolescent girl who was able to fully participate in this interview process. She gave the following history concerning her burn on April 22, 2005. She described in detail how she and her sister and mother as well as a friend and her mother were sightseeing in Washington. They had been at the Museum of National History and were trying to find a coffee shop or somewhere for a snack. Sophia decided to run past gates where steam was escaping. She was burned on her left ankle and leg.

She was wearing flip flops and shorts and became aware that the burn "hurt really bad." There was a search for a first aid kit for assistance—first to guards at the Smithsonian and then a walk for a few blocks to attempt for find a CVS. None could be found. Her left leg was hurting a lot so her friend's mother carried her. A decision was made to call an ambulance. The ambulance quickly arrived in two minutes and transported her and her mother to Children's Hospital while her mother's friend followed in the car.

While in the ambulance, she remembers being treated with an ice pack on her left leg and ankle. She felt her body becoming cold as contrasted with her very warm burned ankle and leg. She wondered if she was going into shock. As soon as she arrived at Children's Hospital Emergency Room she was started on morphine for the pain. Because of the cognitive effects of the morphine she was unable to remember exactly what happened. She was aware she was no longer in pain and was happy her mother remained calm and stayed with her the whole time. She was treated and released the same evening.

She was able to fully describe how during her recovery, she and her maternal grandmother stayed in a friend's basement apartment. The family home was being renovated and it would be more comfortable for her as she had to keep her left leg elevated at heart level for full healing. She was given crutches so she could be mobile in the home.

She remembers being free of pain and able to sleep and eat as usual. She had visits from friends and saw her mother frequently. Additionally she talked to her friends on the phone on a regular basis. She went back weekly for follow-up appointments for one to two months and within a few weeks she was healing well and was able to get a brace. She recalls being surprised that she was free of pain during all of these treatments and her recovery proceeded smoothly.

She was unable to go to school for a month because she had to have her foot elevated at heart level. Her grandmother was a retired schoolteacher and assisted her in her studies. The school sent her work on a daily basis and Sophia felt she learned a great deal being with her grandmother and enjoyed having "one on one tutoring." For the first time in her life, she felt comfortable asking lots of questions.

She went back to school approximately a month later and was able to attend the last few weeks of school and was fully caught up in all of her classes. She felt she "fit right in." She was no longer on crutches and felt quite mobile.

By the time Sophia started Bates Middle School in the fall, she was fully mobile and able to fully participate in sports and all activities. The skin on her leg and ankle had healed and the "new skin was perfectly smooth and soft." At this time Sophia continues to feel very pleased that her leg and ankle are totally healed and free of any scarring. She views the slight discoloration on the skin around the ankle and leg as almost invisible.

<u>Interview with Mr. Openshaw:</u>

Mr. Openshaw described Sophia as a young woman who was doing well in every way. She gets along well with everyone in her family. He does have some concern that she may have been traumatized by the death of her 2.5 year old brother. Sophia was 4 and close to John who died while she was having her birthday party. John's death was a trauma for the whole family and it's something the family does not talk about. His only

concern about Sophia is that she has some difficulties with math and some issues with executive functions.

Interview with Mrs. Openshaw:

Mrs. Openshaw described in greater detail the initial reactions after Sophia was burned. She stated they all thought it was a minor burn at first and it looked red but quickly it blackened and Sophia began to scream in pain and had the shakes and rapid breathing. An ambulance was called and she accompanied her daughter to Children's Hospital. After several hours in the emergency room, Sophia was ready to go home. She and her grandmother went to live in a friend's basement apartment. It has a bathroom and was comfortable and allowed Sophia to have greater mobility as she could live on one level. For a while she mostly stayed in bed or she was elevating her leg to promote rapid healing. She was fearful about the process of recovery. Mother states she visited daily and thought Sophia was lonely and in some conflict with her grandmother who was pushing her to complete all of her school work. Although she had been lonely while living with her grandmother in the basement apartment for a period of time, she developed self confidence as she was able to do projects and homework independently. Sophia was able to go back to school in 4-5 weeks. At this time her home was fully renovated and the family was able to be together again. Sophia completed her last two weeks at St. Mary's and did well but she had to quit her softball team because of her injury. Over the summer she had to stop both her basketball camp and field hockey camp after two days as she did not have sufficient strength due to her injury. She was, however, happy to be at home with her mother and younger sister. Mrs. Openshaw has described Sophia as doing great. At this time Mrs. Openshaw described the skin as looking great and feeling good.

Developmental History:

Sophia is the second child of Mr. and Mrs. Openshaw. Pregnancy was described as normal. She had a vaginal delivery and Sophia weighed 8 pounds at birth. She was an active baby and all developmental milestones were within normal limits. Only trauma of early childhood was the death of a 2.5 year old younger brother when Sophia was 4. She has done well in school and is described as having some executive function difficulties and will receive some tutoring. She is able to relate well to family and friends. She has entered puberty and is dealing well with the challenges of early adolescence.

School History:

Sophia attended St. Mary's Elementary School through 6th grade. For the third trimester her final grades were as good as or better than the previous trimesters with the exception of her computer grade. Parents report they had consulted an educational consultant at an earlier date as they were concerned for some time that Sophia was having some difficulty with concentration and mathematical concepts. The results of the evaluation are not available. Sophia switched schools in seventh grade and has been attending Bates Middle School. She describes herself as being happier and more

successful academically. Her eighth grade report card showed 2 B's and the rest of her grades were A's. Parents report they will obtain a math tutor this summer but state she is doing well in all of her subjects.

Family Medical History:

Parents report the immediate family is healthy. Sophia reports her maternal grandfather died of leukemia 20 years ago. Her maternal grandmother has diabetes. A younger brother died at age 2.5 of liver failure after a transplant. Sophia was 4 at this time. No one in the family has ever had psychiatric illness.

Past Medical History:

Sophia is a healthy adolescent. She has a history of a broken arm and a tonsillectomy. She rarely takes medication, perhaps a few times a year for a headache.

Mental Status Examination:

Sophia presented as a well developed, casually dressed young teenager. She was very attractive and friendly and related with excellent eye contact. She was fully aware why she had come and was very forthcoming about discussing herself as well as her injury. She showed no abnormal movements. Speech was well modulated.

She was euthymic. She described herself as rarely being depressed and only for a short period of time if something really bothered her or she was mad at a friend. She was calm, composed, and had good self-esteem. She denied any evidence of anxiety, somatic concerns or obsessions. Her thinking was goal directed and organized. There is no evidence of delusions, hallucinations or homicidal or suicidal ideation.

She was fully oriented and had excellent concentration in a one on one interview. Her memory is excellent. Her fund of knowledge is average. Insight and judgment are fully intact.

Diagnostic Impression:

Normal Early Adolescent Development with no signs of pathology.

Discussion:

Sophia Openshaw is a well functioning early adolescent girl who has a supportive family and an active life of school, sports and friends. Her greatest trauma has been the death of her younger brother and she still feels sad when she talks about them. Other difficulties have been a broken arm and her burned ankle in 2005. These injuries have been particularly inconvenient as they have interfered with her playing sports.

It is clear that the burn of her left ankle and leg was terrifying for a period of hours until Sophia was free from pain due to morphine injection. She describes her recovery over the next weeks as being more of an inconvenience. She does not remember any pain although her mother states she had some discomfort. The Children's Hospital

4

Records state she had full recovery and was completely healed by her last visit on June 15, 2005. The recovery time was clearly inconvenient especially with living in a friend's basement with her grandmother. She was friendly with the children in their home and enjoyed being with them. Similarly her memories of being with her grandmother were very positive and she sees herself as growing academically. As a result, she became convinced she did not want to continue at St. Mary's Elementary School and her parents acquiesced to allow her transfer to Bates Middle School where she has thrived. It would be important for her parents to have her fully evaluated by an educational specialist so that if she has executive dysfunction, it can be alleviated.

In summary, although there was some trauma for the first few hours after the burn, there has been no long-term psychological or emotional trauma. Sophia is functioning very well as an early adolescent girl and has no need of psychological treatment.

Joan Evelyn Kinlan MD

Board Certified Child, Adolescent and Adult Psychiatrist

**B. Scott Teunis, M.D., F.A.C.S.**
**184 James Cove Landing**
**P.O. Box 1288**
**White Stone, Virginia 22578**

**MEDICAL REPORT**
**May 23, 2007**

**PATIENT:**          **SOPHIA OPENSHAW**

**ADDRESS:**          **10 Wainwright Avenue, Annapolis, MD 21403**

**DATE OF BIRTH:**     **02-22-1993**

**DATE OF ACCIDENT:**  **April 22, 2005**

**HISTORY:**   On April 22, 2005, Lily Openshaw was walking with her daughters Sophia and Regina on the sidewalk of 10th Street, N.W. between Pennsylvania Avenue, N.W. and Constitution Avenue, N.W. in the District of Columbia.  At approximately 4:45 p.m., they were burned by scalding hot steam emanating from some type of underground structure.  Both girls sustained burns, Sophia more severely than Regina, and were taken eventually to the Children's National Medical Center emergency room where Sophia was evaluated.

Sophia was diagnosed with first and second degree burns to the left foot and ankle.  These were lightly debrided and dressed with Sivadene.  She was discharged to follow up in the burn clinic.  Sophia sought an evaluation on April 25, 2005 with Dr. Wagner where a dressing change was done.  She was continued on Silvadene.

Sophia was checked on April 27, 2005 at Children's Hospital, at which time the wounds were futher debrided and dressed.  She was splinted and given crutches to walk with.

**EVALUATION:**     History and evaluation obtained from documents from the office of Bode & Grenier, L.L.P., medical records from Children's National Medical Center, and photographs taken at the time of injury or shortly thereafter and approximately two years later.

A review of photographs taken at the time of injury or shortly thereafter reveals 2nd degree burns of the left foot and ankle.

A review of later photographs taken in April, 2007 reveals complete healing with hyperpigmentation of the same area.

A review of the medical records and bills from Children's National Medical Center and Annapolis Pediatrics reveals that all of the medical treatment and care which Sophia Openshaw received was reasonable and necessary and that the costs of such treatment were also reasonable and appropriate.

**DIAGNOSIS POST BURN:** Hyperpigmentation of left foot and ankle.

**RECOMMENDATIONS:**   No surgical treatment indicated.  Patient will have discoloration in this area of a permanent and enduring nature, which will not appreciably change in the future.  She will also have some degree of hypersensitivity to sun in this area, and the tendency of the differential in pigmentation to be exacerbated by any sun exposure.

Sincerely,



Bernard Scott Teunis, M.D., F.A.C.S.



LOC:  ED
ACCT#  **0511201544**
NAME: OPEASHAW,SOPHIE
SEX:  F    DOB: 02/20/93
CHAMBERLAIN,JAMES
UNIT#  **020547611**
ALLIANCE PPO/ CHERRY HI



DOS:



GMM

**Page 1**        **OUTPATIENT**

## CONSENT FOR PROCEDURES AND TREATMENT

I understand that Children's National Medical Center, including all corporate entities and off-site locations (Children's), requires a signed Consent for Services before proceeding with treatment.

I, _____ Lily Openshaw _____ give consent to Children's, its employees and/or

contractors to examine and treat _____ Sophia Openshaw _____.

I understand that:
Tests and immunizations may be included as part of the examination and treatment;
I may be required by Children's policy to give a separate written consent for some treatments and procedures;
I have the right to cancel this Consent for Services in writing and/or limit my disclosures.  If I notify Children's in writing to cancel this Consent for Services, Children's may stop examining and treating my child;
There are no guarantees regarding outcomes and results of these examinations and treatments.

## TEACHING, TRAINING AND EDUCATION

I understand that:
Children's is a teaching institution and provides education and training for students pursuing careers in the medical field;
All examinations, treatment and procedures at Children's are performed under the direction of members of Children's medical staff (faculty);

## PUBLICATIONS, MARKETING AND FUNDRAISING

Children's may use medical information, patient statements, artwork, and videos or pictures in which the patient appears, for educational purposes or in publications, marketing and fund raising, provided the patient is not identifiable.

## PATIENT RIGHTS (parent initials here)
___(LC)___ I have received information about Patient Rights and the Notice of Patient Privacy Practices at Children's including whom to contact with questions or concerns or formal grievance.

## SPECIMENS AND BLOOD TESTING

I agree that blood, tissues and other samples taken in the normal course of tests or during procedures and resulting in waste materials, may be used for education or scientific purposes or in medical chart review provided the patient is not identifiable.  These activities must be approved by an Institutional Review Board and are exempt under the Office for Human Research Protections, the federal governing body of human research.

If anyone comes into contact with the patient's blood or body fluids:
        I consent to testing of the patient for infectious diseases including HIV.
        I agree that the exposed person may be given the results.
        I understand that Children's will comply with regulations that require reporting certain medical outcomes to
        government agencies.

## OBSERVATION, MONITORING

I understand that Children's may use video or monitoring devices for treatment, teaching or monitoring of the patient's condition, progress, safety, or other purposes.

## ACCESS TO INFORMATION, VISITORS

Except in cases where Children's National Medical Center has been presented with a court document restricting or redirecting parental rights, I understand that either parent may see the medical record, visit the patient, take the child home, or make care decisions.

I agree to provide the names of any alternate representative(s) who I authorize to receive patient information.  I agree to alert Children's to alternate methods of contacting me such as by phone, cell phone, fax, mail, or e-mail.


CNMGopconsent

 **Children's**
National Medical Center
111 Michigan Ave. NW.
Washington, D.C. 20010

**Page 2**

LOC:   ED
ACCT#  **0511201544**
NAME:  OPEASHAW,SOPHIE
SEX:  F    DOB: 02/20/93
CHAMBERLAIN,JAMES
UNIT#  **020547611**
ALLIANCE PPO/ CHERRY HI




DOS:

GMM

## DISCLOSURE OF INFORMATION

I understand that Children's complies with all federal and local regulations including the Health Insurance Portability and Accountability Act; and that this Consent includes my agreement that Children's can use private health information for treatment, payment and hospital operations as defined in the Notice of Privacy Practices.

## PAYMENT, INSURANCE, ASSIGNMENT OF BENEFITS

I assign to Children's the right to bill and collect from any insurance that covers the patient. I agree to cooperate with the Hospital in seeking payment including alerting the Hospital to any resources for payment of the patient's bill. I will pay any deductible, co-payment, and any amounts denied or not covered by insurance. If the patient is uninsured, I agree to apply for any applicable medical assistance program including but not limited to Medicaid. If the patient is uninsured and not eligible for a medical assistance program I agree to complete financial information forms to determine eligibility for reduced charges or charity funds.

I understand that I have (parent must initial any and all that apply):

_____ requested services that are outside of my insurance company's network;

_____ knowingly requested services outside my highest level benefit option (e.g., Preferred, POS Choice, Select, etc...) and that my "out-of-pocket" financial responsibility may be greater;

_____ not provided the Hospital with the proper referral form, referral information and/or authorization;

_____ not provided the Hospital with adequate proof of insurance; or

_____ voluntarily requested that the Hospital NOT bill any insurance I may have, without regard to whether these services are covered by any such insurance.

I further understand and agree that I am personally responsible for making full payment for all charges resulting from this Consent for Services.

## DISCHARGE

I understand that Children's Hospital is an acute care facility and that once my child is medically able, he/she will be discharged to home or to a non-acute care facility. I consent to a transfer or discharge once the attending physician determines that it is medically appropriate. If I do not take the patient home after being discharged to home, I agree to pay the Hospital's full inpatient charges for additional days and services. I will provide the specific names of any persons other than my spouse who is authorized to take the patient home when discharged from inpatient or outpatient care.

_____   Date: 4/22/05   Time: 7:15 pm
Signature of Parent/Legal Guardian/Patient 18 yrs of age or older

Mother                          410-280-9288
_____   _____
Relationship                    Phone No.

Georgia Mekus                   Date: 4/22/05   Time: 7:15 pm
_____
Signature of CNMC Employee (Witness)

**PATIENT TO BE DISCHARGED TO:**

_____   Relationship: _____   Phone No. _____

_____   Relationship: _____   Phone No. _____
**PATIENT DISCHARGED TO:**

_____   Relationship: _____   Phone No. _____

**EMERGENCY CONSENT:**   This patient needs immediate attention. Efforts are being made to locate the parent or legal guardian. A delay in admission and treatment will be harmful.

Signature: _____, M.D.   Signature: _____, M.D

revised 04/11/03


CNMCpconsent



OPEASHAW,SOPHIE





| | |
|---|---|
| PCP | FORTIER,DWIGHT N |
| MR#: | 020547611 |
| Acct#: | 0511201544 |
| EMR | ER– |
| Sex | F |
| Exp: | |
| Adm: | 04/22/05 |
| DOB: | 02/20/93 |
| DR. | CHAMBERLAIN,JAMES |
| Ins.Plan | |
| ALLIANCE PPO/ CHERRY HI | |
| Ins.ID# | 220585254 |

## ⸺MOGRAPHIC INFORMATION

New _____ Return Patient _____

Other Name: _____

---

**atient**

Name: SOPHIA OPENSHAW

DOB: 2/22/93 _____ SS # _____

Address: 10 WAINWRIGHT AVE

City: ANNAPOLIS _____ State MD _____ Zip: 21403

Home Phone: 410-280-9288

(Optional) Religion: RC _____ Race: Caucasian

Accident: Date: 4/22 Time: 5:00pm Location: Pennsylvania + 10th

Incident: Foot and ankle burned by steam vent

---

**arantor/ Financially**

**sible Parent/s**

Mother

Father

Grandparent

Step–Parent

Foster Parent

Other

Name: DAVID OPENSHAW

DOB: 12/18/59 _____ SS # 220 - 58 - 5254

Address: SAME

City: _____ State _____ Zip: _____

Home Phone: SAME

Employer: CHERRY HILL CONSTRUCTION Occupation GENERAL MANAGER

Work Address: 1185 S. WASHINGTON BLVD

City: JESSUP, OAO _____ State MD Zip: _____

Work Phone: 410-799-2356 Ext. _____

---

**dditional Parent Info**

Mother

Father

Legal Guardian

Name: LILY OPENSHAW

DOB: 2/8/59 _____ SS # 185 - 56 - 6550

Address: to SAME

City: _____ State _____ Zip: _____

Home Phone: _____ Work Phone: 410-263-7949

Employer: CITY OF ANNAPOLIS _____ Occupation ENGINEER

Work Address: 160 DUKE OF GLOUCESTER ST

City: ANNAPOLIS _____ State MD _____ Zip: 21403

Page 2 ER Downtime Demographic Information

| urance Info | |
|---|---|
| | Insurance Company: _____ |
| | Policy # _____ Group # _____ Plan # _____ |
| | Address: _____ |
| | City: _____ State _____ Zip: _____ |
| | Phone: _____ |
| nary Care Physician | |
| | Name: _____ |
| | Address: _____ |
| | City: _____ State _____ Zip: _____ |
| | Phone: _____ |

**Transferring Hospital:** _____ Phone # _____

:    .s : _____

_____

_____

_____



# NURSE'S TRIAGE ASSESSMENT

OPEASHAW, SOPHIE



PCP FORTIER,DWIGHT N
MR#: 020547611
Acct#: 0511201644
EMR ER-
Sex F
Exp:
Adm: 04/22/05
DOB: 02/20/93
DR. CHAMBERLAIN,JAMES
Ins.Plan ALLIANCE PPO/ CHERRY HI
Ins.ID# 220586254

*Parent/Patient: Please Complete # 1 - 8*
*(Padres, niño: favor de completar 1-8)*

1. Date (Fecha) 4/22/05   Time (Hora) 1740
2. Why Are You Here? (¿Porqué está aquí hoy?) Arm
3. Child's Name (Nombre del niño) Sophie OPeashaw   Birth Date (Fecha de nacimiento) 2/20/93
4. Parent/Guardian Name (Nombre de Madre/Padre) City OPeashaw   Phone #(Teléfono) 4/280-9288
5. Address (Dirección) 10 Washington Ave   Annapolis   21403
6. Medicine Your Child Takes (Medicinas que toma el niño)
7. Regular Doctor or Clinic (Medico que le atiende regularmente) D. Fortier
8. Does your child have any chronic conditions such as (¿Tiene su niño alguna de las siguientes condiciones crónicas?)?
__Cancer or leukemia (Cáncer o leucemia)   __HIV (VIH)   __Sickle Cell Disease (Anemia de Células Falciforme)
__Clotting Problem (Problemas de Coagulación)   __Hemophilia (Hemofilia)   __Heart Disease (Problemas de Corazón)
__Organ Transplant (Transplante de Órgano)   __Diabetes (Diabetes)   __Cystic Fibrosis (Quiste Fibroso)
__Metabolic disorder (Disorden Metabólico)   __VP Shunt (Válvula de Drenaje)   __Oxygen at home (Usa oxígeno en la casa)
__Central Line/Broviac/Port-a-Cath (Linea Central/Broviac/Catcter)   __Tracheostomy (Traqueotomia)
__Other (otra)

**DO NOT WRITE BELOW THIS LINE** (No escriba debajo de está linea)

## SUBJECTIVE Information provided by historian

HISTORIAN ☐ Patient ☐ Mother ☐ Father ☐ Guardian ☐ Grandparent ☐ EMS ☐ Other:
PRESENTING PROBLEM Referred by: Humral effort on stem group - collisions

CARE GIVEN PTA ☒None ☐ Medication ☐ Other
MEDICAL HX ☒None ☐ Yes, Describe
ALLERGIES ☒None ☐ Yes, List
IMMUNIZATIONS ☒UTD ☐ Not UTD ☐ Unknown   EXPOSURES ☐None ☐ TB ☐ Chicken Pox
INJURY SCREEN ☐ None ☐ Intentional ☒Unintentional ☐ Peer Assault ☐ Self-inflicted ☐ APA ☐ ASA
ASA SCREEN ☒NA ☐ Alleged Assault Occurred ☐ ≤72 hr ago ☐ >72 hr ago ☐ Unknown Where ☐ DC ☐ MD ☐ VA ☐
PAIN SCREEN ☐ No Pain ☒Yes, Pain Scale Used   Score 10 ☐ Unable to Score due to

## OBJECTIVE Observations made by nursing staff

VITAL SIGNS T 97 R 24 BP 124/85 POx % in ☐ RA ☐ O₂ LPM WT 66 KG ☒ Estimated ☐ Measured in ER
LOC ☒Alert ☐ Sleepy/Arouses ☐ Lethargic ☐ Fussy/Agitated ☐ Disoriented ☐ Stuporous/Comatose
COLOR ☒Pink ☐ Pale ☐ Gray ☐ Mottled ☐ Cyanotic ☐ Jaundice ☐ Other
RESPIRATORY SIGNS/SYMPTOMS ☒None ☐ UAC ☐ Cough ☐ Rhinorrhea ☐ Hoarse Voice ☐ Stridor ☐ Croup Score: ☐ See Asthma Sheet
BREATH SOUNDS ☐ Clear ☐ See Asthma Sheet ☐ Coarse ☐ Wheezing ☐ Rales ☐ Decreased ☐ Absent
ORAL MUCOSA ☒Moist ☐ Sticky ☐ Dry   SKIN TURGOR ☒Normal ☐ Doughy ☐ Tenting
ABDOMEN ☒Soft ☐ Non-Tender ☐ Distended ☐ Tender ☐ Guarding ☐ Tense/Rigid
INJURY ASSESSMENT Type/Size/Location   Vascular check (distal to injury) ☐ N/A ☐ ≤3 Sec ☐ >3 Sec   Bleeding ☐ None ☐ Yes. Describe
OTHER ASSESSMENTS

## INTERVENTIONS PROVIDED IN TRIAGE

MEDICATION ☐ Documented on ETR
FIRST AID ☐ Dressing ☐ Shur-Clens ☐ NS ☐ Ice ☐ Splint ☐ Sling ☐ C-Collar ☐ Backboard
REFERRALS ☐ Nurse-Ordered X-ray ☐ SW ☐ DCP ☐ Psych ☐ Interpreter, Language
INSTRUCTIONS ☐ NPO ☐ Clear Fluids ☐ Light Clothing ☐ Clean Catch Urine

## ACUITY LEVEL & CARE AREA ASSIGNED

(CIRCLE ONE) ☒ED ☐ CHC Urgent Care ☐ Isolated in____ ☐ Direct Admit
I II III ☐ ED Fast Track ☐ AHC Urgent Care ☐ DCP (By appointment only) ☐ Apparently Left Prior to Triage
IV V VI ☐ ED Mental Health

TRIAGED BY
Time 1740   Initials   Full Name & Title



CNMC 82(A) REV 6/23/04

## Placed in Room # 5

 **Children's**
National Medical Center

## CONSULTATION REQUEST AND REPORT

OPEASHAW, SOPHIE

| | |
|---|---|
| PCP | FORTIER, DWIGHT N |
| MR# | 020647611 |
| Acct# | 0511201544 |
| EMR | ER— |
| Exp: | |
| Adm: | 04/22/05 |
| DOB: | 02/20/93 |
| Sex | F |
| DR. | CHAMBERLAIN, JAMES |
| Ins.Plan | |
| ALLIANCE PPO/ CHERRY HI |
| Ins.ID# 220585254 |

CONSULTANT NAME AND/OR SERVICE:
Surgery

REQUESTED BY: (NAME & DEPT.)
ER

DATE & TIME OF REQUEST
4/22/05

ATTENDING PHYSICIAN AUTHORIZATION:

POINTS REQUIRING OPINION/ADVICE: (IDENTIFY SPECIFIC NEEDS AND REFER TO PERTINENT TEST RESULTS)

☐ CHECK IF 2ND / 3RD OPINION REQUEST

☐ CHECK IF URGENT NEED FOR CONSULT

---

**IMPRESSIONS AND RECOMMENDATIONS:**

10 yo female stepped on grate from which steam was rising approx 6pm. Was burned by steam.

Able to walk on leg/foot.

T 36.8, P 97, RR 24, BP 134/85, WT 55 kg

On exam patient's left foot and medial ankle c̄ 1° burns and central area 5cm x 5cm c̄ 2° burn. Shallow blister, ruptured. No drainage.

A/P - Recommend remove dead skin/blister (give morphine for pain) and dress c̄ correct.

Return Wednesday to burn clinic (202) 884-2150

**PROBLEM SEVERITY:**

☐ MINIMAL    ☐ MINOR

☐ LOW SEVERITY    ☐ MODERATE SEVERITY    ☐ HIGH SEVERITY

Consultant's Signature: [signature] for Dr. Powell    Dr. Number: 6600

Print Name: R Freeman    Date and Time: 4, 22, 05    7 pm

Cosigner (if applicable): _____    ☐ Initial Consult Report    ☐ Follow-up Consult Report

| indicate extent of HISTORY | ☐ Brief, Present Illness | ☐ Brief with problem system review | ☐ Pertinent history family and social | ☐ Extended for Illness & complete family-social |
| indicate level of EXAMINATION | ☐ Body area or organ system | ☐ Area & other organ systems | ☐ Extended for area & other organ system | ☐ Comprehensive system specialty/multi-system |
| indicate level of DECISION MAKING | ☐ Straight forward | ☐ Low complexity | ☐ Moderate complexity | ☐ High complexity |

18513 (Rev 6/98)



Sophia Openshaw



**EMERGENCY TREATMENT RECORD**
Page 1 of 5
**History & Physical**

Children's
National Medical Center

OPEASHAW, SOPHIE
OPENSHAW, SOPHIA

PCP: FORTIER, DWIGHT .N
MR#: 020547611
Acc#: 0511201544
EMR: ER~
Sex: F
Exp:
Adm: 04/22/05
DOB: 02/20/93
DR. CHAMBERLAIN, JAMES
Ins.Plan:
ALLIANCE PPO/ CHERRY HI

TIME SEEN BY MD 20:10

REFERRED BY

HISTORIAN mother

CHIEF COMPLAINT burn

HPI 12 yo f c̄ previously healthy (↑PMH)
- walked over steam vent ~ 4:45pm wearing flip-flops; jumped away immediately, ⊕ hi mod
- area reddened progressively; started shaking;
- called ambulance
- ⊘ LOC
- reports 9/10 pain prior to morphine
- PMH: Tonsillectomy summer 2004 age 11
Broken arm (L) - 1st grade

* Burned by steam duct in front of
Dept of Justice, coming from Nat
Hx Museum

**PAIN** □ NO □ CAN'T ASSESS due to □ Condition □ Dev. Level □ Behavior ☒ YES: Score 2 /10 Character □ sharp ☑ dull □ pressure tingling
**Frequency** □ continuous □ intermittent ____ **Duration** □ min □ hrs □ days □ wks □ mon □ yrs Location ____
**INJURY** □ No ☑ Yes, ☑ Unintentional □ Intentional □ Self-Inflicted □ APA □ ASA
**CURRENT MEDS** ⊘
**ALLERGIES** ☑ No Known □ Yes
**PAST MEDICAL HX** No significant Wheezing Pneumonia Seizures SCD Dev. Delay Birth WT____ kg
(O=present; /=absent) □ Prematurity ____ wks □ Peri-natal complications: □ Other
**IMMUNIZATION UTD** ☑ Yes □ No □ Unknown **FAMILY & SOCIAL HX** □ Daycare □ Smoker in house □ Asthma □ Other
**REVIEW OF SYSTEMS** ( O = present; / = absent) ☑ All Other ROS Noncontributory

| CONSTITUTIONAL Fever Pain/crying | HEM/ONC Pallor Bruising tendency | GI Vomiting Constipation Diarrhea |
|---|---|---|
| lethargic/fussy ↓ po intake ↓ UOP | Bleeding tendency | Black/bloody stools Abdominal pain Nausea |
| PULM & CVS Cough Dyspnea | MUSC/SKEL & LYMPH Swollen glands | PSYCH H/O Suicidal ideation / attempt |
| Wheezing Stridor (mild / mod / severe) | Lumps Extremity pain / swelling | H/O Depression H/O Violence |
| CP Palpitation | Neck pain Back pain Joint pain | H/O Substance Abuse |
| NEURO HA Blurry vision LOC Seizure | SKIN Diaper rash Generalized rash | ENDO Polyuria Polydipsia |
| EENT Rhinorrhea Otalgia Eye d/c | GU Frequency Dysuria Hematuria | FEMALE REPRO LNMP: |
| Conjunctiva injected Pharyngitis | Penile d/c Painful / swollen genital area | Abnormal bleeding Vaginal d/c |

**RESIDENT PHYSICIAN EXAM** ( O = present; / = absent)

| GENERAL | Alert Smiling Fussy Toxic Well Hydrated |
|---|---|
| HEAD | AFOF AT/NC NECK NT FROM Supple |
| EYES | EOMI Conj clear PERRL Discs sharp D/C |
| EARS | TMs clear(B) External scars/lesions D/C |
| NOSE | Flaring Rhinorrhea Foreign body |
| MOUTH | MMM OP benign Tonsillar exudate Pharyngeal erythema |
| LUNGS | CTA(B) Wheezes RTX Crackles |
| CV | RRR S₁ S₂ Rub Murmur Gallop Distal pulses nl |
| CHEST WALL | NT No breast masses |
| LYMPH NODES | Axilla Neck Groin Other |
| ABDOMEN | Soft NT ND BS nl HSM Mass Pelvis stable |
| GU – FEMALE | NEFG CMT Vaginal d/c |
| GU – MALE | Testes ↓↓ Circumcised Penile d/c Hernia |
| NEURO | Good tone Norm gait DTRs 2+ all ext CN's normal |
| SKIN | Rash Abrasions Bruises Burns Lacerations |
| EXTREMITIES | FROM Edema Warm Perfused |

**REVIEWED** □ Triage assessment & VS □ Prior record
Triage VS T 36.5 HR 97 RR 24 B/P 124/85 SPO₂ ____ WT 55 kg
Exam Notes

⊕ erythem
Painful, TTP
(1° deg rec)

blister
2nd degree (L)

⊕ foot c̄ erythem burn from about
abt 6cm above ankle to 3cm prox to toes;
⊕ tenderness to palp; ⊕ ability to move
toes. ⊘ drainage; ⊘ weeping skin; pink

Signature, Title & Initials    Signature, Title & Initials    Resident Physician Signature, Title & Initials    Staff Physician Signature, Title & Initials



#18-115 Rev 10/03



## EMERGENCY TREATMENT RECORD
### Page 2 of 5
### Staff Exam, Decision-Making & Progress Notes

**OPEASHAW, SOPHIE**

| PCP | FORTIER, DWIGHT N |
| MRU: | 020647611 |
| AcctU: | 0511201544 |
| EMR | ER- |
| Sex | F |
| Exp: | |
| Adm: | 04/22/05 |
| DOB: | 02/20/93 |
| DR. | CHAMBERLAIN, JAMES |
| Ins.Plan | |
| ALIANCE PPO/ CHERRY HI |
| Ins.ID# 220585254 |

**STAFF PHYSICIAN EXAM** ( O = present; / = absent )

| GENERAL | Alert   Smiling   Fussy   Toxic   Well hydrated |
| HEAD | AFOP   AT/NC   Neck   NT   FROM   Supple |
| EYES | EOMI   Conj clear   PERRL   Discs sharp   D/C |
| EARS | TMs clear (B)   External scars/lesions   D/C |
| NOSE | Flaring   Rhinorrhea   Foreign body |
| MOUTH | MMM   O'pharynx   Tonsil exudate   Pharyngeal erythema |
| LUNGS | CTA (B)   Wheezes   RTX   Crackles |
| CV | RRR   S₁ S₂   Rub   Murmur   Gallop   Distal pulses nl |
| CHEST WALL | NT   No breast masses |
| LYMPH NODES | Axilla   Neck   Groin   Other |
| ABDOMEN | Soft   NT   ND   BS nl   HSM   Mass   Pelvis stable |
| GU – FEMALE | NEFG   CMT   Vaginal d/c |
| GU – MALE | Testes ↓↓   Hydrocoele   Penile d/c |
| NEURO | Good tone   Norm gait   MAEE   CN's normal |
| SKIN | Rash   Abrasions   Bruises   Burns   Laceration |
| EXTREMITIES | FROM   Edema   Warm   Perfused   Non Tender |

**Exam Notes**

*Erythema*    *Normal skin*

*DWI*    *Denuded Blister*

**STAFF PHYSICIAN DECISION MAKING & MEDICAL REASONING**

| Time | Initials | |
| --- | --- | --- |
| | | *[handwritten notes illegible]* |
| | | PLAN - IV morphine. |

**DIFFERENTIAL DIAGNOSES**

**PLAN OF CARE**
- ☐ Pathway
- ☐ Pain Control
- ☐ Diagnostics
- ☐ Antibiotics
- ☐ Hydration
- ☐ Wound Repair
- ☐ Consults (see below)
- ☐ Interpreter:

**CONSULT FINDINGS**

| Time | Initials | PROGRESS NOTES |
| --- | --- | --- |
| 20:30 | AR | Appreciate Surgery recs |

Patient signed out to Dr. _____ @ _____

**TEACHING DONE BY MD** ☑ Verbal   ☑ Written: See D/C instructions   ☐ States understanding

**FINAL DIAGNOSES**
1. *Partial Thickness Burns, © foot*
2.
3.

**FINAL ASSESSMENT** ☑ Color Pink   ☐ Alert/Responsive   ☐ MMM   ☐ Respiration Unlabored   ☐ Pain Score____ ☐

**FINAL CONDITION** ☑ Improved   ☐ Unchanged   ☐ Deteriorated   ☐ Deceased

**CONTINUITY OF CARE** ☑ Logifax sent   ☐ Referring MD called   ☐ Discussed with Dr. ____

**DISPOSITION DECISION**
- ☐ Discharge   ☐ Admit to ____   Rm # ____   ☐ Transfer to ____   (Packet Complete)
- ☐ LWBS   ☐ Left AMA (release signed   ☐ Yes   ☐ No)   ☐ Expired ME notified @ ____

_____    _____    _____    _____
Signature, Title & Initials    Signature, Title & Initials    Resident Physician Signature, Title & Initials    Staff Physician Signature, Title & Initials

#18-115 Rev 10/03


**Children's**
National Medical Center

## EMERGENCY TREATMENT RECORD
### Page 3 of 5
### Orders, Procedures, Treatment & Results

OPEASHAW, SOPHIE

| PCP | FORTIER, DWIGHT N |
|---|---|
| MRF: | 020647611 |
| Acct#: | 0511201544 |
| EMR | ER– |
| Sex | F |
| Exp: | |
| Adm: | 04/22/05 |
| DOB: | 02/20/93 |
| DR. | CHAMBERLAIN, JAMES |
| Ins.Plan | |
| ALLIANCE PPO/ CHERRY HI |
| Ins.ID# | 220586264 |

### DIAGNOSTICS, RESULTS & PROCEDURES

| ORDER Time / Initials | DONE Time / Initials | |
|---|---|---|
| / | / | ☐ POC Hemoccult |
| / | / | ☐ POC Urine Pregnancy |
| / | / | ☐ POC Drug Screen |
| / | / | ☐ POC UDIP |
| / | / | ☐ POC PCx Glucose |
| / | / | ☐ POC i-Stat |
| / | | ☐ CBC ☐ Retic_____ S___ B___ L___ M___ E___ RL___ |
| / | | ☐ ESR___ ☐ Bld Culture ☐ Aer ☐ Ana ☐ Fung   Sites: |
| / | | ☐ BMP ☐ LFTs |
| / | | ☐ CMP ☐ |
| / | | ☐ UA ☐ UC pH___ SG 1.0 RBC___ WBC___ Bact___ Glu___ Ket___ Pro___ Nit___ Cast___ ☐ Other |
| / | | CSF Battery  Glucose___ Protein___ WBC___ RBC___ Gm stain___ |
| / | | ☐ Rapid Strep          ☐ |
| / | | ☐ X-Ray     ☐ Sono     ☐ CT     ☐ 12 Lead EKG by ☐ RT ☐ ER     To X-ray via _____ w___ |
| / | | |

Blood ☐ Vein ☐ Art ☐ Portacath ☐ Broviac w___g ☐ IV cath ☐ Butterfly X___attempts ☐ Tolerated well ☐ Other
Urine ☐ CC ☐ Cath w___fr ☐ Strait ☐ Foley x___attempts ☐ Tolerated well

### OTHER ORDERS

| Time / Initials | Time / Initials | |
|---|---|---|
| | / | Pathway (specify) |
| | / | Flowsheet Orders   ☐ Asthma/Wheezing ☐ DKA ☐ Sedation ☐ |
| | / | Monitor Continuously   ☐ C-R ☐ Apnea ☐ Pox; Limits: Pre-set per age ☐ Other: |
| | / | Recheck Vital signs   ☐ Q1hr x___ ☐ Q2hr x___ ☐ Q4hr x___ ☐ Per pathway ___ ☐ |
| | / | Oxygen   ☐ To keep PO₂ ___%, ☐ ___%, ☐   LPM ☐ With Humidity   ☐ Cool Mist (room air only) |
| | / | Hydrate   ☐ PO ☐ GT with (specify fluid): |
| | / | Saline Lock |
| | / | IV Bolus |
| | / | IV Maintenance |
| 2037 HJ | | *(handwritten)* complex debride wound, give morphine, duco ē contr ct a pusug nec |

| Order Time / Initials | MD Dose / Time / Initials | RN Dose / Time / Initials | Given Time / Initials | MEDICATION NAME | mg or mcg/kg (specify) | Times pt wt in kgs = dose in mg / mcg | Route | Final Concentration per ml | Vol-ume |
|---|---|---|---|---|---|---|---|---|---|
| Dan | *(hw)* | *(hw)* | *(hw)* | Morphine | ~1 mg /kg X 55 kgs = | | *(hw)* | 2 mg/ml | 2 gul |
| 2037 HJ | *(hw)* | *(hw)* | ≤15/50 | Morphine | 01l mg /kg X 55 kgs = | 5 mg/ml | *(hw)* IM x? | | |
| | | | | | /kg X ___ kgs = | | | | |
| | | | | | /kg X ___ kgs = | | | | |

### LACERATION REPAIR   Description/Size (cm):

| Time/Initials | |
|---|---|
| 2217 *(hw)* | *(handwritten)* Clea ē debrided wm to ② foot ē leg, applied Silvadene ē dsg. ē ortho boot. |

Distal Neurovascular Assessment: ☑ Sensation normal ☑ Vascular intact ☐ Motor normal ☑ No tendon injury
Anesthesia:_____ml ☐ Topical ☐ Local ☐ Digital block ☐ Lidocaine 1% / 2% ☐ Epi ☐ NaHCO₃ ☐ LET ☐ Sensorcain 0.5/0.25
Prep: Irrigated/washed w ☐ Betadine ☐ Shurclens ☐ NS___ml ☐ Undermined ☐ Debrided ☐ F/B removed _____
Repair: ☐ SC#___w___ -O vicryl/chromic/PDS;  SKIN#___w___ -0 nylon/ prolene/ PARG/ Monocryl
☐ Staples #___      ☐ Dermabond ☐ Steri-strips #___
Applied: ☐ Ointment _____      ☐ Sterile dsg ☑ Other *(handwritten)*  ☐ Tolerated well ☐ Other:

| | |
|---|---|
| / | Post-Repair Wnd Assessment   ☐ Well approximated ☐ No active bleeding ☐ |
| | Suture/Staple Removal   ☐ Sutures#___ ☐ Staples#___ Lac Condition:___ ☐ Tol well ☐ Other: |
| | Splint Application   Type/location:___ ☐ Post application neuro/ circ check normal ☐ Other: |
| | Crutch Walking: ☐ Successful return demo, crutches issued ☐ Unsuccessful return demo, referred to PT |
| / | Invasive Procedure Verification Process   ☐ Time out safety check (includes verification of correct patient, procedure, position, verification of consent, correct site/side/structure/level, xrays and/or special equipment/supplies present if applicable) Site marked? ☐ Yes ☐ N/A |
| | Lumbar Puncture: ☐ Written informed consent obtained ☐ Local anesthesia w 1% Lidocaine___ml ☐ Sterile technique used Skin prep ☐ Chloraprep ☐ Betadine ☐ Position: ☐ Sitting ☐ Side lying R/L   Spinal needle___ gauge inserted @ ☐ L 3-4 ☐ L 4-5 # attempts___ Fluid color___ Opening Pressure___ ☐ Tolerated well ☐ Time Out Safety Check |

*(signatures)*
Signature, Title & Initials
Signature, Title & Initials
Resident Physician Signature, Title & Initials
Staff Physician Signature, Title & Initials

#18-115 Rev 10/03

# EMERGENCY TREATMENT RECORD
## Page 4 of 5
### Procedures, Assessments, IV, Teaching & Discharge

**Children's** National Medical Center

OPEASHAW, SOPHIE

| | |
|---|---|
| PCP | FORTIER, DWIGHT N |
| MR#: | 020647611 |
| Acct#: | 0511201644 |
| EMR | ER~ |
| Sex | F |
| Exp: | |
| Adm: | 04/22/05 |
| DOB: | 02/20/93 |
| DR. | CHAMBERLAIN, JAMES |
| Ins.Plan | |
| ALLIANCE PPO/ CHERRY HI |
| tru.ID# 220685264 |

| Time/Initials | PO/GT INTAKE | AMT | Time/Initials | OUTPUT | AMT |
|---|---|---|---|---|---|
| / | | ml | / | | ml |
| / | | ml | / | | ml |
| / | | ml | / | | ml |
| / | | ml | / | | ml |
| / | | ml | / | | ml |

ASSESSMENTS  Paced on ☐ CR ☐ Apnea ☐ Pox Monitor, Alarms On @ _____   COMMENTS

| Time/Initials | T | P | R | B/P | POx | FIO₂ via | COLOR | AVPU | CAP | PAIN | Pain Scale ☐ Faces ☐ 1-10 ☐ ___ ☐ Unable to score ___ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1852 | | 120 | 24 | | 100 | 2t | Pk | A | <2 | 10/10 | crying writing M b/4 Morphe gtt → assist MD eval → 2/ |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |

**IV FLUIDS** *(includes syringe pump medications & flushes)*    **IV FLUIDS** *(includes syringe pump medications & flushes)*

| Time/Initials | Fluid/Size IV Site | | | | Fluid/Size IV Site | | | | Time/Initials | Fluid/Size IV Site | | | | Fluid/Size IV Site | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Vol | Tot In | Site/ | Rate | Vol | Tot In | Site/ Comment | | Rate | Vol | Tot In | Site/ | Rate | Vol | Tot In | Site/ Comment |
| / | | | | | | | | | / | | | | | | | | |
| / | | | | | | | | | / | | | | | | | | |
| / | | | | | | | | | / | | | | | | | | |
| / | | | | | | | | | / | | | | | | | | |
| / | | | | | | | | | / | | | | | | | | |

| Time/Initials | LEARNING BARRIER  PT FM OTH | LEARNING BARRIER  PT FM OTH | LEARNING BARRIER  PT FM OTH |
|---|---|---|---|
| 1852 | **None, Ready to Learn** ☒ ☐ ☐   Physical / Visual ☐ ☐ ☐ | Cognitive/Learning ☐ ☐ ☐   Emotional/Motivation ☐ ☐ ☐ | Cultural/Religious ☐ ☐ ☐   Language ☐ ☐ ☐  ☐ Interpreter Used |

| | TEACHING: ☒ Verbal ☐ Demo ☐ AV aid ☒ Tests/Procedures ☐ Dx ☒ Plan of Care ☐ Home Care/Follow-up ☐ States Understanding |
|---|---|
| / | PT/CAREGIVER  ☐ Written ☐ Return Demo  ☒ Pathophysiology ☐ Meds ☐ MDI & Spacer _____ ☐ Successful Return Demo |

☐ **DISCHARGED** ☐ **ADMITTED**    **←VISIT END TIME**
☐ **TRANSFERRED OUT**

Accompanied by ☐ TECH ☐ LPN ☐ RN ☐ MD ☐ Parent/Caregiver _____
Transport Mode ☐ WC ☐ Stretcher ☐ Bassinet ☐ Stroller ☐ Parents arms ☐ Walked _____
Equipment Used ☐ Isol precaution ☐ IV ☐ SynIV pump ☐ O₂ ☐ Monitor ☐ CR ☐ Apnea ☐ POx _____

Technician Signature, Title & Initials    RN Signature, Title & Initials    Other Signature Title & Initials    Other Signature, Title & Initials



#18-115 Rev 10/03





## EMERGENCY DEPARTMENT
## NURSING CARE SUMMARY
### Page 5 of 5

Nurse Signature, Title & Initials        Coding Analyst Signature

OPEASHAW,SOPHIE

| PCP | FORTIER,DWIGHT N |
|---|---|
| MR# | 020547611 |
| Acct# | 0511201544 |
| EMR | ER- |
| Sex | F |
| Exp: | |
| Adm: | 04/22/05 |
| DOB: | 02/20/93 |
| DR. | CHAMBERLAIN,JAMES |
| Ins.Plan | |
| | ALLIANCE PPO/ CHERRY HI |
| Ins.ID# | 220585254 |

Label / Addressograph

**CIRCLE ITEMS THAT APPLY. COUNT ONLY THE HIGHEST ITEM CIRCLED FOR EACH CATEGORY WHEN CALCULATING TOTAL.**

| CATEGORY | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ASSESSMENT | Initial & Discharge | 1-2 additional assess. | 3-4 additional assess. | 5-8 additional assess. | Trauma/Code/Med Alert |
| VITAL SIGNS | 1-2 repeat VS | 3-4 repeat VS | 5-6 repeat VS | 7-8 repeat VS | >8 repeat VS |
| SPECIMEN COLLECTION & POCT | | Single source specimen(s) | Multi source specimen(s) | Tests from LP, bone marrow aspiration | Rape kit evidence collection |
| | | 1 POCT | 2 POCT | 3 POCT | >3 POCT |
| HYDRATION IV ACCESS & FLUID WARMER | Oral hydration | NG, OG, G-T hydration | IV bolus/maintenance | Multiple boluses/maintenance | Blood product administration |
| | | 1 line, 1 attempt | 1 line, 2-3 attempts | >3 attempts/multi-lines | IO, CVL or cutdown |
| | | | | 1 fluid warmer | 2 fluid warmers |
| MEDICATIONS | 1 PO, GT, PR, or topical | 1 IM, SQ, IV or >1 PO, GT, PR or top | ≥ 2 IM, SQ, or IV | ≥ 4 IM, SQ, or IV | ≥ 6 IM, SQ, IV Pressor or Insulin drip |
| X-RAY, CT, US MRI | Direct &/or assist < 10 minutes | Accompany to &/or assist 10-15 min | Accompany to & /or assist 16-30 min | Accompany to &/or assist 31-45 min | Accompany to & /or assist >45 min |
| RESPIRATORY | Pulse Ox | Oxygen admin | Suctioning | Trach care/adjust | Ventilation/Intubation |
| | | | Prep Single Neb | Prep 2-6 Nebs | Prep > 6 Nebs/ Cont. |
| | | | | | CO₂ Monitoring |
| ORTHOPEDIC & IMMOBILIZATION PROCEDURES | Armboard & tape | Soft collar | Posterior splint | Joint aspiration assist | Maintain spine immobil |
| | Sling or Ace Wrap | Velcro splint/ clavicle strap | Fit & apply finger splint apply thumb spica | Assist reduction of fracture/dislocation | Assist w pin insertion/ traction application |
| | <10 min Medical Immobilization | 10-20 min. Medical Immobilization | 20-30 min Medical Immobilization | 30-45 min Medical Immobilization | >45 min Medical Immobilization |
| WOUND CARE | Bandaid or Simple bandage | Clean wound | Complex or Multi-site bandage/irrigate wound | Simple Debridement | Complex Debridement |
| | | Apply Steri-strips | Simple Bleed control | Complex Bleed control | Hemorrhage control |
| | | Dermabond | Prep Suture Repair/ Local Anesthesia | | |
| | | Eye patch or Ear dressing | Burn Care < 9% | Burn care 9-25% | Burn Care > 25% |
| NON-INVASIVE | Ice or warm pack | Doppler exam | Isolation/Latex precautions | Reduce hernia | Restraint Protocol |
| INVASIVE | | | Foley insert | GYN exam | Chest tube, ventricular cath insert |
| | | | NG, OG, GT insertion | Gastric Lavage | Peritoneal lavage |
| | | | Enema | Foreign Body Removal (simple) Prep | Foreign Body Removal (complex) Prep |
| | | | | Lumbar puncture | |
| | | | | Abscess I & D | |
| OTHER PROCEDURES | Assist RT w/EKG | EKG by EMTC staff | Assist with ECHO card | Assist ENT/Dentist | Sedation Protocol |
| | | | | Irrigate eye or ear | Defib/ Cardioversion |
| | | | | Art/ven pressure monitor | External Pacing |
| | | | | | CPR |
| TEACHING & PSYCHOSOCIAL | Simple Teaching: Dx, Rx plan, care after discharge, fever control, safety | Extended Teaching: Multiple issues, translator, anxious parent (document) | Complex Teaching: 1° MDI/spacer/neb, wound care, dressing change, crutch w return demo | Consult: Family & Social Services, Chaplain | Consult Psych, DCP, Police, DC Protect Serv, Crisis intervention (no Soc Wkr or Chap avail) |
| DISPOSITION | Home | ETU/Floor admit | PICU/NICU admit | Operating Room | Other facility/Morgue/ME |

**Grand Total =**    0-2 = Level 1    3-4 = Level 2    5-9 = Level 3    10-17 = Level 4    18-25 = Level 5    >26 = Level 6

### CHECK PROCEDURES PERFORMED

| | | |
|---|---|---|
| ☐ Nebs # = _____ | ☐ Wound debridement | ☐ Incision & Drainage |
| ☐ Ventilation initiation & mgt | ☐ Lac Repair (Single layer) _____ cm | ☐ Foreign body removal site = _____ |
| ☐ Resuscitation | ☐ Lac Repair (Multi-layer) _____ cm | ☐ Splint, cast site = _____ |
| ☐ Defibrillation/Cardioversion | ☐ Burn care = _____ % | ☐ Vaccine Admin type = _____ |

#18-115 Rev. 10/03



Children's National Medical Center - Emergency Department
111 Michigan Avenue NW Washington, DC 20010 (202) 884-5203

020547611
0511201544

**Discharge Instructions for: SOPHIE OPEASHAW**
**Date: 04/22/2005  Time: 21:49**

IMPORTANT: We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

**If you have any questions about today's Emergency Department visit, please call us at (202) 884-5203.**

You were treated today by MICHAEL QUINN, MD.

**INSTRUCTIONS FOR FOLLOW UP MEDICAL CARE:**
Call Surgery Clinic in Monday to discuss your follow-up care. You can reach the Surgery Clinic at (202) 884-2150. Sophia needs to be seen at the Burn Clinic, which is on Wednesdays. If you have any concerns in the meantime, please call the telephone number listed above.

Call DWIGHT FORTIER, MD in 3 days to discuss your follow-up care. You can reach DWIGHT FORTIER at (410) 263-6363, 200 FORBES ST, ANNAPOLIS, MD, 21401. If you have any concerns in the meantime, please call the telephone number listed above.

**DIAGNOSIS:**
**MINOR BURN (First Degree).**
A minor burn has made the outer layer of your skin red and sore. The skin is painful at first. Within hours the pain will start to go away. The pain should be gone in a day or two, but you may get a blister. The skin should heal well within a week. All burns leave a scar. Infection is not likely.

Do the following:
*   Keep your burn and the area around the burn clean.
*   Wash it each day with soap and water. Pat it dry with a clean towel.
*   Apply a burn cream to the area to fight infection.
*   Do not break any blisters. This will increase your chance of infection.

Call your doctor if you have:
*   increased redness, pain, or swelling.
*   pus or red streaks from the burn.
*   fever.

*   any new or severe symptoms.

**PARTIAL THICKNESS OR MODERATE BURN (Second Degree).**
The partial burn has destroyed the outer layers of your skin. The skin is reddened and will have blisters. That increases the chance for infection. It may take up to 3 weeks to heal this burn. The deeper and larger the burn, the longer it may take to heal. Most burns leave a scar.

Do the following:
*   Apply a burn cream to reduce infection while the skin is healing.
*   Wash your hands before and after touching the dressing.
*   Put a sterile dressing over the burn. This will keep the skin clean and protect it from injury from rubbing.

Call your doctor if you have:
*   increased drainage, redness, pain, or swelling.
*   pus or red streaks from the burn.
*   fever.
*   any new or severe symptoms.

**MEDICATION(S):**
**SILVER SULFADIAZINE CREAM (Silvadene).**

Use this medicine on your skin in the following dose: Apply a thin layer of the cream 2 times a day after gently washing off your wound.

This is an antibiotic cream. It treats and prevents skin infections caused by bacteria. Allergy would show up as: **increased redness, pain or itching in or around the affected area.**

Follow these instructions:
*   Wash your hands before you use this cream.
*   Gently wash your wound with soap and water; pat dry.
*   Apply a thin layer of cream to your wound.
*   Do not apply this to your face.
*   Reapply the cream if it has been wiped off during activity.
*   Cover your wound with a clean dressing or bandage each time you use this cream.

Call your doctor if you have:
*   any sign of allergy.
*   redness, swelling, increased pain or drainage from the affected skin.
*   any new or severe symptoms.

**ACETAMINOPHEN & CODEINE (Tylenol #3).**

Take this medicine with food in the following dose: 1 tablet by mouth every 4-6 hours if needed for pain.

This is a mixture of two pain relievers. Side effects may include: sleepiness, upset stomach or constipation (hard stools). Allergy would show up as: **rash or itching, wheezing or shortness of breath.** This medicine can be habit forming if used for a long period of time.

Follow these instructions:
*   Take this medicine with food to avoid an upset stomach.

Portions Copyrighted 1987-2005, LOGICARE Corporation Page 1 of 2







**Children's National Medical Center - Emergency Department**

**111 Michigan Avenue NW Washington, DC 20010 (202) 884-5203**

- Drink plenty of liquids. Try to drink 8 to 10 glasses of water or juice each day.
- Store this medicine away from heat, moisture or direct light.
- Watch for signs of dependence:
  - feeling that you "cannot live without this medicine".
  - you need more of this medicine than before to get the same relief.
- Do not drink alcohol, drive or operate machinery while taking this medicine.

Call your doctor if you have:
- any sign of allergy.
- any sign of dependence.
- any new or severe symptoms.

As Sophia's pain improves, she should be able to tolerate her pain with motrin instead of tylenol with codeine, so you can switch pain medicines.

**IBUPROFEN** (Motrin, Advil, Rufen, Nuprin).    400-600 mg

Take this medicine with food in the following dose: ~~200~~ mg by mouth every 6 hours if needed for pain.

This medicine will reduce fevers, control pain and reduce inflammation (redness and swelling). Side effects may include: an upset stomach, heartburn or drowsiness. Allergy would show up as: **rash or itching, wheezing or shortness of breath.**

**Follow these instructions:**
- Store this medicine away from heat, moisture or direct light.
- If you miss a dose, take it as soon as possible. If it is within 4 hours of your next dose (or within 8 hours if you are taking it once or twice a day), skip the missed dose. Do not double the doses.
- Take this medicine with food to avoid an upset stomach.
- **Do not take aspirin or naproxen or ketoprofen while taking this medicine.** (Check the labels on over-the-counter medicines.)

Call your doctor if you have:
- any sign of allergy.
- any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.**
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_____
SOPHIE OPEASHAW or Responsible Person

SOPHIE OPEASHAW or Responsible Person has received this information and tells me that all questions have been answered.

_____
Staff Signature





Children's
National Medical Center
111 Michigan Ave. N.W.
Washington, D.C. 20010




ACCOUNT NO.
0511201544

MED REC NO.
020547611

# OUTPATIENT

| LOCATION | SVC. | ADMISSION DATE | TIME | S | R | DEN | BIRTHDATE/AGE | TYPE | SRC |
|----------|------|----------------|------|---|---|-----|---------------|------|-----|
| ED | EMR | EXP ADM 04/22/05 | 1846 | F | 4 | | 02/20/93 12Y | ER | 10 |

| NAME/ADDRESS - PATIENT | | | |
|---|---|---|---|
| OPEASHAW,SOPHIE | | ADMITTING DIAGNOSIS | DIAG. CODE |
| 10 WAINWRIGHT AVE | SSN | BURN | BURN |
| ANNAPOLIS          MD    21403 | | ALLERGIES    STAFF ALERT | REP INTL |
| PHONE: HOME  (410)280-9288 | | | GMM |

| PROVIDER | | | SVC |
|---|---|---|---|
| 1291      CHAMBERLAIN,JAMES | | EMR | PRIMARY CARE/FAMILY PHYSICIAN: NAME - ADDRESS |
| ER PHYSICIAN | SVC | 30221   FORTIER,DWIGHT N |
|           CHAMBERLAIN,JAMES | PCP | 200 FORBES ST |
| SHARED CARE GIVER | SVC | ANNAPOLIS          MD    #200 |
|  |  | 21401 |

P.C.P.
EMAIL
PHONE    (410)263-6363    FAX

| GUARANTOR NAME - ADDRESS | RELATIONSHIP |
|---|---|
| OPENSHAW,DAVID | **FATHER |
| 10 WAINWRIGHT AVE | SSN  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 |
| ANNAPOLIS          MD    21403 | |
| PHONE: HOME  (410)280-9288 | |

REFERRING PHYSICIAN NAME - ADDRESS
R E F 99995   NO,REFERRING PHYS
NO ADDRESS
NO CITY          XX   00000
EMAIL
PHONE   (000)000-0000    FAX

| EMPLOYER NAME - ADDRESS | |
|---|---|
| 1185 S  WASHINGTON BLVD | |
| JESSUP              MD | |
| WORK PHONE:  (410)799-2356 | |

RELATIVE 1 NAME - ADDRESS          RELATIONSHIP
R E L A T I V E S
OPENSHAW,LILY          **MOTHER
10 WAINWRIGHT AVE
ANNAPOLIS    MD 21403
PHONE: HOME  (410)280-9288    WORK

| ACCIDENT DATE | TIME | LOCATION |
|---|---|---|
| 04/22/05 | 1700 | PENNSYLVANNIA AND 10TH |

COMMENTS

RELATIVE 2 NAME - ADDRESS          RELATIONSHIP

PHONE: HOME          WORK

| PRIMARY PLAN | | SECONDARY PLAN | |
|---|---|---|---|
| PLAN CODE/NAME | ID/POLICY NO. | PLAN CODE/NAME | ID/POLICY NO. |
| 400015 ALLIANCE  PPO/ CHERRY HI | 220585254 | | |
| PLAN ADDRESS  P O BOX 934 | EFFECTIVE DATE 01/01/04 | PLAN ADDRESS | EFFECTIVE DATE |
| FREDERICK    MD 21705-093 | | | |
| GROUP NO. 4440 | APPROVAL NO.    INS TEL# (800)962-0643 | GROUP NO.    APPROVAL NO. | INS TEL# |
| SUBSCRIBER OPENSHAW,DAVID | RELATIONSHIP *CHILD W/O FIN RESP | SUBSCRIBER | RELATIONSHIP |

INSURANCE NOTES    PLEASE USE PLAN CODE 400066 TO REGISTER PT/OT AND

THERAPY

*** LAB = CNMC **********

**EMERGENCY CONSENT:**  This patient needs immediate attention.  Efforts are being made to locate the parent or legal guardian.  A delay in treatment will be harmful.

Signature: _____ ,M.D.  Signature: _____ , M.D.



CNM C00 som



**Children's**
National Medical Center

Department of Surgery

Ambulatory Treatment Record



OPEASHAW, SOPHIE

| | |
|---|---|
| PCP | FORTIER, DWIGHT N |
| MR#: | 020547611 |
| Acct#: | 0611600858 |
| SUR | OPA– |
| Sex | F |
| Exp: | 04/27/05 |
| Adm: | 04/26/05 |
| DOB: | 02/20/93 |
| DR. | EICHELBERGER, MARTI |
| Ins.Plan | |
| | ALLIANCE HEALTH BENEFIT |
| Ins.ID# | 220586264 |

Name: _____

Admitted: _____

Discharged: _____

Pre-Op Dx.: _____

Post-Op Dx.: _____

Operation: _____

Date: 4/27/05 _____

### HISTORY/CHIEF COMPLAINT/PROGRESS NOTES

Date of Visit/Notes

12 y/o f
s/p Scald Burn (R) ankle
Partial thickness
sustained Fri 4/24
Tx c̄ Silvadene

| PAIN ASSESSMENT | | | |
|---|---|---|---|
| **PAIN** ☐ No ☐ Yes, If yes: | | | |
| Location: _____ | | | |
| Character: ☐ Sharp  ☐ Throbbing  ☐ Dull | | | |
| Frequency: ☐ Constant  ☐ Intermittent  ☐ Occasional | | | |
| Duration: ☐ Pain always there  ☐ Pain comes and goes | | | |
| Pain Intensity: _____ Scale used _____ | | | |
| Intervention(s): See Plan/MD orders | | | |

Lat          Post

Rec: splint in dorsiflexion
elevation
contract
School Excuse
F/u on Friday

Information given to: Mother

Diagnosis: Partial Thickness

Disposition:


18121

# 620592

Signature: Scanlan

Clinic Letters
MRN: 020547611
Account Number: 0511600898
April 27, 2005


ight Fortier, M.D.
J Forbes Street Ste 200
Annapolis, MD 21401

RE:   OPEASHAW, SOPHIE
MR:   020547611
EN:   0511600898
DOB:  02/20/1993

Dear Dr. Fortier,

We had the pleasure of seeing Sophie Opeashaw in the burn clinic this morning.
As you know, she is a 12-year-old female who sustained a scald type burn on her
right ankle on Sunday April 24.

The burns, on physical examination, are partial thickness and she has been
treating these with Silvadene dressings.

The wound was debrided in the clinic with good tolerance.

Our wound management plan is to splint the right ankle in dorsiflexion which is
being performed by the occupational therapist in our clinic.  She is to keep
her right foot elevated at all times and we would excuse from school for at
least another week.  A silver impregnated dressing called Contreet is being
applied which we will change in the clinic on Friday during her follow up
visit.

i  ase call with any questions or concerns.  Thank you for allowing us to
participate in this patient's care.

Sincerely,



_____
SCANLAN BRADFORD, M.D.



_____
MARTIN R. EICHELBERGER, M.D.

SB/MedQ
D:04/27/2005 11:18:32  T:04/29/2005 14:28:55  J: 620592

cc:  Dwight Fortier, M.D.
200 Forbes Street Ste 200
Annapolis, MD 21401

Document has been signed by:MARTIN EICHELBERGER at: 05/06/2005 09:58
'END}



**Children's**
National Medical Center

Department of Surgery

Ambulatory Treatment Record

Name: _____                    Hospital # _____

Admitted: _____        OPEASHAW,SOPHIE         PCP    FORTIER,DWIGHT N
                                                                  MR#:   020547611
                                                                  Acct#: 0611900702
Discharged: _____                               SUR    SUR~
                                                                  Sex    F
                                                                  Exp:   04/29/05
Pre-Op Dx.: _____                               Adm:   04/29/05
                                                                  DOB:   02/20/93
Post-Op Dx.: _____                              DR.    EICHELBERGER,MARTI
                                                                  Ins.Plan
Operation: _____                                ALLIANCE HEALTH BENEFIT
                                                                  Ins.ID# 220586264
Date: __4/29/05__

### HISTORY/CHIEF COMPLAINT/PROGRESS NOTES

Date of Visit/Notes

12 yr old 4/22 (inch)
Steam burn to LLE

Contete

| PAIN ASSESSMENT | | | |
|---|---|---|---|
| PAIN  ☐ No   ☐ Yes, if yes: | | | |
| Location: | | | |
| Character:  ☐ Sharp   ☐ Throbbing   ☐ Dull | | | |
| Frequency:  ☐ Constant   ☐ Intermittent   ☐ Occasional | | | |
| Duration: ☐ Pain always there   ☐ Pain comes and goes | | | |
| Pain Intensity: _____  Scale used _____ | | | |
| Intervention(s): See Plan/MD orders | | | |

RE  Epithelializing
    Dead skin removed.  # 627659

Information given to:

Diagnosis:                  ① contete
                            ② Flu Wednesday 5/4
Disposition:

                            7/0599
                            Signature:

18121

rogress Notes
RN: 020547611
ccount Number:  0511900702
TTENDING SURGEON'S PROGRESS NOTE


AME:        OPEANHAW, SOPHIA
r           020547611
,           0511900702
OV:


IME:
OCATION:


DDRESS:  Dwight Fortier, M.D.
00 Forbes Street, #200
nnapolis, MD  21401


ODY:   Dear Dr. Fortier:


hank you for allowing us to participate in Sophia's care.  In short, she is a
2-year-old who sustained steam burns to her left lower extremity approximately
ne week ago on 04/22/05.  We have been applying a dressing by the name of
ontreet which is a silver-impregnated foam which is applied to the burn and
ept in place for 3-5 days.  On removal of the dressing today the skin is
pithelializing.  There is some dead skin that was removed today.  Contreet was
eapplied and the patient is to follow up with us in another five days on
fednesday, 05/04/05.  Her wounds look very nice and are healing well.


hank you again for allowing us to participate in her care.


;incerely,


_____
;WAROOP, M.D.


_____
1ARTIN R. EICHELBERGER, M.D.

'MedQ
):04/29/2005 11:17:02  T:04/30/2005 17:15:01  J: 627659

:c:  Dwight Fortier, M.D.
200 Forbes Street, #20
Annapolis, MD 21401


Oc   1ent has been signed by:MARTIN EICHELBERGER at: 06/11/2005 20:54
 {END}



**Department of Surgery**

**Ambulatory Treatment Record**



OPEANHAW, SOPHIA



PCP          FORTIER, DWIGHT N
MR#:        020647611
Acct#:       0612000073
SUR         OPA—
Sex          F
Exp:         06/04/05
Adm:        04/30/05
DOB:        02/20/93
DR.          EICHELBERGER, MARTI
Ins.Plan
ALLIANCE HEALTH BENEFIT
Ins.ID#    220686264

Name: _____

Admitted: _____

Discharged: _____

Pre-Op Dx.: _____

Post-Op Dx.: _____

Operation: _____

Date: _____

HISTORY/CHIEF COMPLAINT/PROGRESS NOTES

Date of Visit/Notes

12yo ♀ s/p scald
burn < 2 wks ago
Pt is using Contreet
c̄ good effect. Ø pain

- Aquaphor c̄ light coverall
- Continue splint, minimize Activity,
  keep elevated

| PAIN ASSESSMENT | | |
|---|---|---|
| PAIN ☒ No ☐ Yes, if yes: | | |
| Location: | | |
| Character: ☐ Sharp | ☐ Throbbing | ☐ Dull |
| Frequency: ☐ Constant | ☐ Intermittent | ☐ Occasional |
| Duration: ☐ Pain always there | ☐ Pain comes and goes | |
| Pain Intensity:_____ Scale used_____ | | |
| Intervention(s): See Plan/MD orders | | |

med          post

Information given to: Mom

Diagnosis: ① foot/ankle burn

Disposition: Return to clinic 1 week

MW

Signature: _____  0916  63843


18121

Clinic Letters
MRN: 020547611
Account Number: 0512000071
May 04, 2005


Dwight Fortier, M.D.
200 Forbes St,
Annapolis, MD 21401

RE:   OPEANHAW, SOPHIA
MR:   020547611
EN:   0512000071
DOB:  02/20/1993

Dear Dr. Fortier:

We had the pleasure of seeing your patient, Sophia Opeanhaw, in our burn clinic today.  In summary, she is a 12-year-old female child with a left lower extremity burn that covers the medial aspect of her left ankle and foot and extends on to the posterior aspect as well.

She has been undergoing Contreet dressing changes in our clinic since her burn occurred, just slightly less than two weeks ago.  Currently, she is in good health, has no pain, and her wound is healing well.

Our plan is to switch her to daily Aquaphor dressing with a light covering of gauze and to continue splint usage, minimizing activity of the foot, and keeping the foot elevated.  We would like to see her back in our clinic in one week.

Thank you for allowing us to participate in Sophia's care.

   Sincerely,




BOLANOWSKI, DR.



MARTIN R. EICHELBERGER, M.D.

/MedQ
D:05/04/2005 10:24:10  T:05/06/2005 12:55:57  J: 639843

cc:  Dwight Fortier, M.D.
200 Forbes St.
Annapolis, MD 21401

Document has been signed by:PATRICIA LANGE at: 05/13/2005 14:46
{END}



**Department of Surgery**

**Ambulatory Treatment Record**



OPEANHAW,SOPHIA



| | |
|---|---|
| PCP | FORTIER,DWIGHT N |
| MR#: | 020547611 |
| Acct#: | 0513001672 |
| SUR | OPA- |
| Sex | F |
| Exp: | 06/11/06 |
| Adm: | 06/10/06 |
| DOB: | 02/20/93 |
| OR. | EICHELBERGER,MARTI |
| Ins.Plan | |
| ALLIANCE PPO | |
| Ins.ID# | 220586254 |

Name: _____

Admitted: _____

Discharged: _____

Pre-Op Dx.: _____

Post-Op Dx.: _____

Operation: _____

Date: _____

### HISTORY/CHIEF COMPLAINT/PROGRESS NOTES

Date of Visit/Notes

12 yo ♀ 10 days S/P
scald burn by hot steam of
OZE. Has been treated
with aquafer and gauze
wrapping. Pt non-wt bearing.

| PAIN ASSESSMENT | | | |
|---|---|---|---|
| PAIN ☐ No ☐ Yes, If yes: | | | |
| Location: | | | |
| Character: ☐ Sharp | ☐ Throbbing | ☐ Dull | |
| Frequency: ☐ Constant | ☐ Intermittant | ☐ Occasional | |
| Duration: ☐ Pain always there | ☐ Pain comes and goes | | |
| Pain Intensity: _____ Scale used _____ | | | |
| Intervention(s): See Plan/MD orders | | | |

On exam - 2nd degree healing burn to medial aspect of
Ⓛ foot and ankle. Clean c̄ good granulation tissue.



A/P- Use less aquafer
Continue non-wt bearing
Light gauze dressings
No massage at this time
RTC - 1 week

Information given to:

Diagnosis:

Disposition:    Job #
                659059

Signature: _____

18121



**Children's** National Medical Center

Department of Surgery

Ambulatory Treatment Record

OPEANHAW, SOPHIA

PCP     FORTIER, DWIGHT N
MRf:    020647611
Acctf:  0613701698
SUR     OPA-
Sex     F
Exp:    05/18/05
Adm:    05/17/05
DOB:    02/20/93
DR.     EICHELBERGER, MARTI
Ins.Plan
ALLIANCE PPO
Ins.ID#  220686254

Name:

Admitted:

Discharged:

Pre-Op Dx.:

Post-Op Dx.:

Operation:

Date:

## HISTORY/CHIEF COMPLAINT/PROGRESS NOTES

Date of Visit/Notes   5/18/05

12 yo & 17 days s/p
steam scald to (L) ankle.
Has been using crutches
and dressed c̄ aquafor.

| PAIN ASSESSMENT | | | |
|---|---|---|---|
| PAIN ☐ No ☐ Yes, if yes: Location: | | | |
| Character: ☐ Sharp ☐ Throbbing ☐ Dull | | | |
| Frequency: ☐ Constant ☐ Intermittent ☐ Occasional | | | |
| Duration: ☐ Pain always there ☐ Pain comes and goes | | | |
| Pain Intensity: ___ Scale used ___ | | | |
| Intervention(s): See Plan/MD orders | | | |

On exam burn almost re-epithelialized.
Nontender, no discharge.

Information given to:

Diagnosis:     Job #
               678692

Disposition:

A/P — Partial thickness
burn to (L) ankle
Continue aquafor and
keep out of sun
Can stop using crutches
RTC in 3 weeks

Signature:


18121

Clinic Letters
MRN: 020547611
Account Number: 0516400219
June 15, 2005


    ight N. Fortier, M.D.
∠∪0 Forbes Street
Annapolis, MD 21401

RE:   OPEANHAW, SOPHIA
MR:   020547611
EN:   0516400219
DOB:  02/20/1993

Dear Dr. Fortier,

We had the chance of seeing Sophia in our burn clinic today.  As you know, she
is status post scald burn five weeks ago to her left ankle and foot.  She has
been treated with Aquaphor and she is doing stretching exercises.  She says she
does not feel any limitations to her physical activity and she has been keeping
it dry and out of the sun.

On examination today, the burn looks completely healed and no scaring.

We recommend that she continue to avoid direct sunlight to the area and to stay
as much as she can out of the water and she does go to the beach to dry it off
and clean it as soon as she can.  Return to surgery clinic as needed.  Feel
free to contact us if you have any other questions.

Sincerely,

_____

CHADI ABOUASSALY, M.D.

_____

MARTIN R. EICHELBERGER, M.D.

CA/MedQ
D:06/15/2005 11:24:15  T:06/17/2005 16:29:05  J: 390733

Document has been signed by:CHADI ABOUASSALY at: 06/20/2005 17:06
  {END}

# DC Fire and EMS Department
PO BOX 27767, WASHINGTON, DC 20038- 776

(800) 473-2278
Federal Tax ID #        53-6001131

PATIENT NAME: OPENSHAW, SOPHIA

PATIENT SSN: 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
RUN NUMBER: 05  -  38,519
DATE OF CALL: 4/22/2005

DAVID OPENSHAW
10 WAINWRIGHT AVE
ANNAPOLIS, MD 21403

FROM: PENNSYLVANIA AVE
TO: Children`s National Med Cntr
PRIMARY PAYOR: Bill Patient

SECONDARY PAYOR:

| DESCRIPTION | CHECK # | QUANTITY | UNIT PRICE | PAYMENT DAT | AMOUNT |
|---|---|---|---|---|---|
| BLS Emergency Transportation | | 1 | 268.00 | | 268.00 |
| | | 0 | | | |
| | | 0 | | | |

## PLEASE PAY THIS AMOUNT

$268.00

---

DETACH ALONG ABOVE LINE AND RETURN STUB WITH YOUR PAYMENT. THANK YOU.

PATIENT NAME: OPENSHAW, SOPHIA

PATIENT SSN:  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

RUN NUMBER:  05 - 38,519  AMOUNT
CURRENT DATE: 08/09/05  ENCLOSED:

$

REMIT TO:     DC Fire and EMS Department
PO BOX 27767
WASHINGTON, DC 20038- 776



**Children's**
National Medical Center
111 Michigan Ave. N.W.
Washington, D.C. 20010

ITEMIZED STATEMENT
OF ALL CHARGES

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| D1-ER | 04/28/05 | 1 |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| SOPHIA OPEANHAW | 0511201544 | F | 12Y | 04/22/05 | 04/22/05 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|
| 400015 MAURY DONNELLY&PARRIN | 4440 | 220585254 |

PAYMENT AMOUNT

| GUARANTOR NAME AND ADDRESS | |
|---|---|
| 0511201544 | |

DAVID OPENSHAW MR
10 WAINWRIGHT AVE
ANNAPOLIS MD    21403

☐ MASTERCARD    CARD NO: _____
☐ VISA    EXPIRATION DATE: _____

SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ITEM NO. | DESCRIPTION | QTY. | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 04/22/05 | 01072 | SILVADENE | 1 | 13.15 | 13.15 |
| 04/22/05 | 01834 | MORPHINE SULFATE | 3 | 25.80 | 77.40 |
| 04/22/05 | 01834 | MORPHINE SULFATE | 3 | 25.80 | 77.40 |
| | | TOTAL DRUGS/GENERIC | | | 167.95 |
| 04/22/05 | 6 | EMERGENCY ROOM SCREENING | 1 | 104.00 | 104.00 |
| | | TOTAL ER/EMTALA | | | 104.00 |
| 04/22/05 | 16020 | BURN DRESS/DEBRID W/O ANES SMALL | 1 | 192.00 | 192.00 |
| 04/22/05 | 500 | ER SERVICES LEVEL 5 | 1 | 1774.00 | 1,774.00 |
| | | TOTAL ER/BEYOND EMTALA | | | 1,966.00 |
| | | TOTAL CHARGES | | | 2,237.95 |
| 04/30/05 | A6024 | 722 SYSTEM ALLOWANCE, MAMSI | | | -335.69 |
| 06/08/05 | A5083 | 361 ACCIDENT INFO NEEDED | | | 0.00 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | -335.69 |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL. HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**ACCOUNT BALANCE** 1,902.26

YOU WILL RECIEVE SEPARATE BILLS FOR SERVICES OF YOUR PHYSICIANS, WHICH MAY INCLUDE PATHOLOGIST, RADIOLOGIST AND/OR ANESTHESIOLOGISTS.



Patient Acct #



**Children's**
National Medical Center
111 Michigan Ave. N.W.
Washington, D.C. 20010

*ITEMIZED STATEMENT*
*OF ALL CHARGES*

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| D2-SUR | 05/02/05 | 1 |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| SOPHIA OPEANHAW | 0511600898 | F | 12Y | 04/27/05 | 04/27/05 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER | PAYMENT AMOUNT |
|---|---|---|---|
| 400015 ALLIANCE PPO | 4440 | 220585254 | |

| GUARANTOR NAME AND ADDRESS | 0511600898 |
|---|---|

DAVID OPENSHAW MR
10 WAINWRIGHT AVE
ANNAPOLIS MD    21403

☐ MASTERCARD     CARD NO: _____
☐ VISA                    EXPIRATION DATE: _____

SIGNATURE _____

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE*

| POSTING DATE | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 04/27/05 | 97110 | EXERCISES, EACH 15 MINUTES | 1 | 46.00 | 46.00 |
| 04/27/05 | 97520 | PROSTHETIC TRAINING, EA. 15 MIN | 2 | 46.00 | 92.00 |
| | | TOTAL OCCUPATION THER | | | 138.00 |
| | | TOTAL CHARGES | | | 138.00 |
| 05/10/05 | A6024 | 812 SYSTEM ALLOWANCE, MAMSI | | | -20.70 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | -20.70 |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL.
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**ACCOUNT BALANCE**                    117.30

YOU WILL RECIEVE SEPARATE BILLS FOR SERVICES OF YOUR
PHYSICIANS, WHICH MAY INCLUDE PATHOLOGIST, RADIOLOGIST
AND/OR ANESTHESIOLOGISTS.



Patient Acct #

me



**Children's**
National Medical Center
111 Michigan Ave. N.W.
Washington. D.C. 20010

*ITEMIZED STATEMENT*
*OF ALL CHARGES*

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| D2-SUR | 05/09/05 | 1 |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| SOPHIA OPEANHAW | 0512000071 | F | 12Y | 05/04/05 | 05/04/05 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|
| 400015 ALLIANCE PPO | 4440 | 220585254 |

*PAYMENT AMOUNT*

| GUARANTOR NAME AND ADDRESS | 0512000071 |
|---|---|
| | DAVID OPENSHAW MR<br>10 WAINWRIGHT AVE<br>ANNAPOLIS MD     21403 |

☐ MASTERCARD    CARD NO: _____

☐ VISA    EXPIRATION DATE: _____

SIGNATURE _____

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE*

| POSTING DATE | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 05/04/05 | 97110 | EXERCISES, EACH 15 MINUTES | 1 | 46.00 | 46.00 |
| | | TOTAL PHYSICAL THERP | | | 46.00 |
| | | TOTAL CHARGES | | | 46.00 |
| 06/03/05 | P0001 | 339 PAYMENT/GUARANTOR | | | -46.00 |
| 05/15/05 | A6024 | 862 SYSTEM ALLOWANCE, MAMSI | | | -6.90 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | -52.90 |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL.
HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED
PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**ACCOUNT BALANCE**     -6.90

YOU WILL RECIEVE SEPARATE BILLS FOR SERVICES OF YOUR
PHYSICIANS, WHICH MAY INCLUDE PATHOLOGIST, RADIOLOGIST
AND/OR ANESTHESIOLOGISTS.



Patient Acct#

CNMC_51810

# Children's
National Medical Center
111 Michigan Ave. N.W.
Washington, D.C. 20010

ITEMIZED STATEMENT
OF ALL CHARGES

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| D2-SUR | 05/09/05 | 1 |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| SOPHIA OPEANHAW | 0512000071 | F | 12Y | 05/04/05 | 05/04/05 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER | |
|---|---|---|---|
| 400015 ALLIANCE PPO | 4440 | 220585254 | |

PAYMENT AMOUNT

| GUARANTOR NAME AND ADDRESS | 0512000071 DAVID OPENSHAW MR 10 WAINWRIGHT AVE ANNAPOLIS MD 21403 |
|---|---|

☐ MASTERCARD    CARD NO: _____

☐ VISA    EXPIRATION DATE: _____

SIGNATURE _____

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| POSTING DATE | ITEM NO. | DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 05/04/05 | 97110 | EXERCISES, EACH 15 MINUTES | 1 | 46.00 | 46.00 |
| | | TOTAL PHYSICAL THERP | | | 46.00 |
| | | | | | |
| | | TOTAL CHARGES | | | 46.00 |
| 06/03/05 | P0001 | 339 PAYMENT/GUARANTOR | | | -46.00 |
| 05/15/05 | A6024 | 862 SYSTEM ALLOWANCE, MAMSI | | | -6.90 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | -52.90 |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL. HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

| ACCOUNT BALANCE | -6.90 |
|---|---|

YOU WILL RECIEVE SEPARATE BILLS FOR SERVICES OF YOUR PHYSICIANS, WHICH MAY INCLUDE PATHOLOGIST, RADIOLOGIST AND/OR ANESTHESIOLOGISTS.





**Children's**
National Medical Center
111 Michigan Ave. N.W.
Washington, D.C. 20010

*ITEMIZED STATEMENT*
*OF ALL CHARGES*

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| 01-SUR | 05/23/05 | 1 |

| PATIENT NAME | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| SOPHIA OPEANHAW | | 0513701598 | F | 12Y | 05/18/05 | 05/18/05 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER | |
|---|---|---|---|
| 400015 ALLIANCE PPO | 4440 | 220585254 | |
| | | | **PAYMENT AMOUNT** |

| GUARANTOR NAME AND ADDRESS | 0513701598 DAVID OPENSHAW MR 10 WAINWRIGHT AVE ANNAPOLIS MD     21403 |
|---|---|

☐ MASTERCARD    CARD NO: _____

☐ VISA    EXPIRATION DATE: _____

SIGNATURE _____

*PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE*

| POSTING DATE | ITEM NO. | DESCRIPTION | QTY. | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 05/18/05 | 97110 | EXERCISES, EACH 15 MINUTES | 1 | 46.00 | 46.00 |
| | | TOTAL PHYSICAL THERP | | | 46.00 |
| | | TOTAL CHARGES | | | 46.00 |
| 05/25/05 | A6024 | 965 SYSTEM ALLOWANCE, MAMSI | | | -6.90 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | -6.90 |

NOTE: AMOUNTS INDICATED TO BE PAID BY THIRD PARTIES ARE ESTIMATED BY THE HOSPITAL. HOWEVER, THE PATIENT AND/OR RESPONSIBLE PARTY HAVE PERSONALLY GUARANTEED PAYMENT AND ARE RESPONSIBLE FOR THE TOTAL CHARGES ON THIS STATEMENT.

**ACCOUNT BALANCE**          39.10

YOU WILL RECIEVE SEPARATE BILLS FOR SERVICES OF YOUR PHYSICIANS, WHICH MAY INCLUDE PATHOLOGIST, RADIOLOGIST AND/OR ANESTHESIOLOGISTS.



```
                          ACCOUNT CHARGE ACTIVITY DETAIL
GUARANTOR:  0000136-377    OPENSHAW, DAVID
PATIENT:    205476-1-1     OPEANHAW, SOPHIA

                                            PATIENT        PHYSICIAN
        CODE    DESCRIPTION                  INS           ADJ
DOS     BILL AMOUNT   INS RESP   INS PAID    PAID  PAT RESP  PAT PAID   PAT ADJ   OPEN BAL

4/22/2005  99284   EMERGENCY DEPT VISIT          SOPHIA   OPEANHAW   QUINN, MICHAEL J
                   185.00    0.00     0.00                  0.00      185.00     0.00      0.00     185.00
         04/28/2005  Filed to ALLNCE PPO        355.00             Claim: 376089           FC: MA
         10/19/2005  TRANSFER FROM INS CARRIER  185.00-                                    FC: MA
         10/19/2005  TRANSFER TO GUARANTOR      185.00                                     FC: 10

4/22/2005  16020   TREATMENT OF BURN(S)          SOPHIA   OPEANHAW   QUINN, MICHAEL J
                   170.00    0.00     0.00                  0.00      170.00     0.00      0.00     170.00
         04/28/2005  Filed to ALLNCE PPO        355.00             Claim: 376089           FC: MA
         10/19/2005  TRANSFER FROM INS CARRIER  170.00-                                    FC: MA
         10/19/2005  TRANSFER TO GUARANTOR      170.00                                     FC: 10

4/29/2005  TEACHING  TEACHING CODE ZERO CHARGE   SOPHIA   OPEANHAW   EICHELBERGER, MARTIN R
                   0.00     0.00     0.00                  0.00      0.00       0.00       0.00      0.00

5/04/2005  99213   OFFICE/OUTPATIENT VISIT, EST  SOPHIA   OPEANHAW   EICHELBERGER, MARTIN R
                   90.00     0.00     0.00                  0.00      90.00      0.00       0.00      90.00
         05/12/2005  Filed to ALLNCE PPO        90.00              Claim: 396935           FC: MA
         07/08/2005  TRANSFER FROM INS CARRIER  90.00-                                     FC: MA
         07/08/2005  TRANSFER TO GUARANTOR      90.00                                      FC: 10
         07/16/2005  STATEMENT SENT OUT
         08/13/2005  STATEMENT SENT OUT
         09/10/2005  STATEMENT SENT OUT
         10/07/2005  STATEMENT SENT OUT

5/11/2005  99212   OFFICE/OUTPATIENT VISIT, EST  SOPHIA   OPEANHAW   EICHELBERGER, MARTIN R
                   65.00     0.00     0.00                  0.00      65.00      0.00       0.00      65.00
         05/18/2005  Filed to ALLNCE PPO        65.00              Claim: 405685           FC: MA
         07/08/2005  TRANSFER FROM INS CARRIER  65.00-                                     FC: MA
         07/08/2005  TRANSFER TO GUARANTOR      65.00                                      FC: 10
         07/16/2005  STATEMENT SENT OUT
         08/13/2005  STATEMENT SENT OUT
         09/10/2005  STATEMENT SENT OUT
         10/07/2005  STATEMENT SENT OUT

5/27/2005  99203   OFFICE/OUTPATIENT VISIT, NEW  SOPHIA   OPEANHAW   EICHELBERGER, MARTIN R
                   130.00    0.00     0.00                  0.00      130.00     0.00       0.00     130.00
         05/19/2005  Filed to ALLNCE PPO        130.00             Claim: 407725           FC: MA
         07/15/2005  TRANSFER FROM INS CARRIER  130.00-                                    FC: MA
         07/15/2005  TRANSFER TO GUARANTOR      130.00                                     FC: 10
         07/16/2005  STATEMENT SENT OUT
         08/13/2005  STATEMENT SENT OUT

PAGE: 2                                          OPERATOR: sodoms
```

**ACCOUNT CHARGE ACTIVITY DETAIL**

GUARANTOR: 00001336-377   OPENSHAW, DAVID
PATIENT:   205476-1-1     OPEANHAW, SOPHIA

| DOS | CODE | DESCRIPTION | BILL AMOUNT | INS RESP | INS PAID | PATIENT INS ADJ | PHYSICIAN ADJ | PAT RESP | PAT PAID | PAT ADJ | OPEN BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/2005 | 99212 | OFFICE/OUTPATIENT VISIT, EST | 65.00 | 9.75 | 0.00 | | OPEANHAW SOPHIA 9.75- | 55.25 | 0.00 | 0.00 | 55.25 |

EICHELBERGER, MARTIN R   0.00
Claim:   416294

| Date | Description | Amount | FC |
|---|---|---|---|
| 05/25/2005 | Filed to ALLNCE PPO | 65.00 | |
| 07/14/2005 | ALLOWANCE, ALLIANCE | 9.75- | FC: MA |
| 07/15/2005 | TRANSFER FROM INS CARRIER | 55.25- | FC: MA |
| 07/15/2005 | TRANSFER TO GUARANTOR | 55.25 | FC: MA |
| 07/16/2005 | STATEMENT SENT OUT | | FC: 10 |
| 08/13/2005 | STATEMENT SENT OUT | | |
| 09/10/2005 | STATEMENT SENT OUT | | |
| 10/07/2005 | STATEMENT SENT OUT | | |

| DOS | CODE | DESCRIPTION | BILL AMOUNT | INS RESP | INS PAID | PATIENT INS ADJ | PHYSICIAN ADJ | PAT RESP | PAT PAID | PAT ADJ | OPEN BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2005 | 99213 | OFFICE/OUTPATIENT VISIT, EST | 90.00 | 13.50 | 0.00 | | OPEANHAW SOPHIA 13.50- | 76.50 | 0.00 | 0.00 | 76.50 |

EICHELBERGER, MARTIN R   0.00
Claim:   451726

| Date | Description | Amount | FC |
|---|---|---|---|
| 06/18/2005 | Filed to ALLNCE PPO | 90.00 | |
| 08/18/2005 | ALLOWANCE, ALLIANCE | 13.50- | FC: MA |
| 08/19/2005 | TRANSFER FROM INS CARRIER | 76.50- | FC: MA |
| 08/19/2005 | TRANSFER TO GUARANTOR | 76.50 | FC: MA |
| 09/10/2005 | STATEMENT SENT OUT | | FC: 10 |
| 10/07/2005 | STATEMENT SENT OUT | | |

| | | | BILL AMOUNT | INS RESP | INS PAID | INS ADJ | | PAT RESP | PAT PAID | PAT ADJ | OPEN BAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 795.00 | 23.25 | 0.00 | 23.25- | | 771.75 | 0.00 | 0.00 | 771.75 |

PATIENT BALANCE        771.75
INSURANCE BALANCE        0.00
NONCOLLECTIBLE BALANCE   0.00

PAGE:  3

OPERATOR:  sodoms

ACCOUNT CHARGE ACTIVITY DETAIL
10/28/2005

CLINIC:
NAME       CHILDRENS NAT MED ASSOC
ADDRESS    P.O BOX 37215
           BALTIMORE, MD  212977215

           301-572-3610

GUARANTOR:
  00001136-377    FC: 10
NAME       OPENSHAW, DAVID
ADDRESS    10 WAINWRIGHT AVE
           ANNAPOLIS, MD 21403

PATIENT:
  205476-1-1  FC  MA
NAME       OPEANHAW, SOPHIA
ADDRESS    10 WAINWRIGHT AVE
           ANNAPOLIS, MD 21403

DATA SELECTION CRITERIA:
    CUSTOMER:              4837
    FIN CLASS:

    PHYSICIAN:
    SITE:
    AGC:
    DEPARTMENT:
    LOCATION:
    PRINT:                Detail
    DATE SELECTION:       Date of service
    DATE FROM:            07/01/2004
    DATE TO:              10/28/2005
    PROC CODE FROM:
    PROC CODE TO:
    RESPONSIBLE:          All
    CHARGE STATUS:        Both

SORT BY:
    PRIMARY:              Posting date
    SECONDARY:
    TERTIARY:

OPERATOR:  sodoms

PATIENT RESPONSIBLE:              771.75
INSURANCE RESPONSIBLE:             0.00
PREPAYMENTS:                       0.00
INSURANCE UNAPPLIED PAYMENTS:      0.00
PERSONAL UNAPPLIED PAYMENTS:       0.00

PAGE:   1

| ACCOUNT NO. | DATE |
|---|---|
| 11863-2 | 10/07/05 |
| DS/ | |

*PLEASE DETACH AND RETURN*
*TOP PORTION WITH PAYMENT*

FOR YOUR CONVENIENCE

DWIGHT N. FORTIER We accept MasterCard and Visa. If you wish to charge these services, please provide your account number next to the appropriate charge and sign at the bottom

Please Apply $ _____ to One of the Credit Cards Below

| | ACCOUNT # | EXPIRATION DATE |
|---|---|---|
| VISA | | |
| Master Card | | |
| | Interbank # | |
| Signature _____ | Date _____ | |

MR DAVID OPENSHAW
10 WAINWRIGHT AVE
ANNAPOLIS MD 21403

**ANNAPOLIS PEDIATRICS**
ANNAPOLIS OFFICE
200 FORBES STREET, STE 200
ANNAPOLIS, MD 21401
PH: (410) 263-6363
FAX: (410) 263-7551

MR DAVID OPENSHAW
10 WAINWRIGHT AVE
ANNAPOLIS MD 21403

| WAUGH CHAPEL OFFICE | ARNOLD OFFICE |
|---|---|
| 2401 BRANDER MILL BLVD., STE 240 | 1517 RITCHIE HIGHWAY, STE 205 |
| GAMBRILLS, MD 21054 | ARNOLD, MD 21012 |
| PH: (410) 721-0037 | PH: (410) 757-2200 |
| FAX: (410) 721-7630 | FAX: (410) 757-7403 |

ALL PAYMENTS SHOULD BE MADE TO THE ANNAPOLIS OFFICE

| DATE | CPT | UDA | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | | | Due to the increased amount of missed appointments, there will now be a charge of $25.00 for well child and physical appointments not cancelled 24 hours in advance of the appointment. Thank you. | | |
| | | | Pat: OPENSHAW SOPHIA | | |
| .2505 | 99213 | 079.99 | LEVEL III-ESTABLISHED PATIENT | 85.00 | |
| 032805 | | | WRITE OFF PRIMARY INSURANCE | 34.19- | |
| 032805 | | | DEDUCTIBLE WITH SIGN | | |
| 053105 | | | PAYMENT | 50.81- | 0.00 |
| 042505 | 99214 | 945.24 | LEVEL IV-ESTABLISHED PATIENT | 125.00 | |
| 070205 | | | INS ADD'L ADDITIONAL INFO PL CALL | | |
| 090705 | | | PAYMENT CK | 125.00- | 0.00 |
| 081705 | 99213 | 729.5 | LEVEL III-ESTABLISHED PATIENT | 85.00 | |
| 092005 | | | WRITE OFF PRIMARY INSURANCE | 34.19- | |
| 092005 | | | DEDUCTIBLE WITH SIGN | | 50.81 |
| 092105 | 99213 | 034.0 | *LEVEL III-ESTABLISHED PATIENT | 85.00 | |
| | | | INSURANCE COMPANY | | 85.00 |
| 092105 | 87880 | 034.0 | *STREP COMPANY | 40.00 | |
| | | | INSURANCE COMPANY | | 40.00 |

\* - SERVICE IS PENDING WITH INSURANCE CO
Patient Paid Since Last Statement          $0.00
Insurance Paid Since Last Statement

THE BALANCE DISPLAYED IN THIS BOX DOES NOT INCLUDE AMOUNTS CURRENTLY PENDING WITH INSURANCE.

PLEASE PAY THIS AMOUNT

$50.81

*PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES*

| ACCOUNT NUMBER 1863-2 | CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | TOTAL |
|---|---|---|---|---|---|
| PATIENT | 50.81 | | | | $50.81 |
| INSURANCE | 125.00 | | | | $125.00 |
| TOTALS | 175.81 | | | | $175.81 |





