UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID OPENSHAW, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>CONSOLIDATED ENGINEERING SERVICES, INC.,<br><br>　　Defendant and Third-Party Plaintiff,<br><br>v.<br><br>DAY & ZIMMERMAN SERVICES, INC.,<br><br>　　Third-Party Defendant. | Civil Action No. **06-1884** (CKK) |

**ORDER GRANTING CONSENT MOTION FOR ORDER
APPROVING SETTLEMENT ON BEHALF OF A MINOR**

Upon consideration of the Consent Motion for Order Approving Settlement on Behalf of a Minor [#46], and the Report Concerning Settlement [#47] and attached exhibits, and upon review of the injuries sustained by the minor child, the medical reports and expenses, the Court finds that the settlement on behalf of the minor is fair and reasonable.

Accordingly, it is this 27 day of August, 2007,

**ORDERED** that the Consent Motion [#46] is hereby GRANTED, and it is

**FURTHER ORDERED** that the settlement proposed in the Consent Motion is hereby approved, and distribution of the monetary portion of the proceeds is hereby authorized as follows:

*Page 2 - 06cv1884, Order Approving Settlement on Behalf of a Minor*

| | |
|---|---|
| Bode & Grenier, LLP Fee | $18,333.33 |
| Bode & Grenier, LLP Expenses | $14,190.94 |
| David and Lily Openshaw, Individually (medical expenses paid) | $3,655.95 |
| David and Lily Openshaw, as Guardian of their minor daughter, Regina | $500.00 |
| David and Lily Openshaw, as Guardian of their minor daughter, Sophia | $18,319.78 |
| Total | $55,000.00 |

_____
Judge, United States District Court for the District of Columbia

8/27/07
Date

Copies to:

David D. Hudgins, Esquire
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
*Counsel for Defendant/Counter-Plaintiffs/Third-Party Plaintiffs CESI*

Diane M. Sullivan, Esquire
Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
*Counsel for Third-Party Defendant United States of America*

*(Continued)*

*Page 3 - 06cv1884, Order Approving Settlement on Behalf of a Minor*

Copies to: *(Continued)*

Mary Malloy Dimaio, Esquire
Law Office of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
*Counsel for Third-Party Defendant Day & Zimmerman Services, Inc.*

Peter C. Grenier, Esquire
BODE & GRENIER, LLP
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
*Counsel for Plaintiffs*