IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID OPENSHAW, ET AL | * | |
| Plaintiff | * | |
| v. | * | |
| THE UNITED STATES OF AMERICA, et al. | * | Case: 06-CV-1884 (CKK) |
| Defendant/Third-Party Plaintiff | * | |
| v. | * | |
| DAY & ZIMMERMAN SERVICES, INC. | * | |
| Third-Party Defendant | * | |

\* * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL

The parties, by undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby stipulate to dismiss with prejudice all claims between them in the captioned matter.

*/s/ Peter C. Grenier*
Peter C. Grenier, #418570
Bode & Grenier, LLP
1150 Connecticut Avenue, NW
Suite 900
Washington, DC  20036
202.862.4311
Attorney for Plaintiffs

*/s/ Diane M. Sullivan*
Diane M. Sullivan, #12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Room E4919

        Washington, DC 20530
        Attorney for Defendant, United States
           of America


        _____
        David D. Hudgins, #
        Hudgins Law Firm
        515 King Street, Suite 400
        Alexandria, VA 22314
        Attorney for Defendant/Third-Party Plaintiff,
           Consolidated Engineering Services, Inc.


        _____
        Mary Malloy Dimaio, #464100
        Maher & Associates
        502 Washington Avenue
        Suite 410 – Nottingham Centre
        Towson, MD 21204
        410.769.8100
        Attorney for Third-Party Defendant,
           Day & Zimmerman Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2007, a copy of the foregoing Stipulation of Dismissal was electronically filed and served on all counsel of record.

                                          _____
                                          Mary Malloy Dimaio